| Prob 22 (Rev 2/88) | Docket Number (Transferring Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | FILED    CR96-5296FDB-001 |
| | Docket Number (Receiving Court) |
| | CR-08 00140 JF |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JOSE LUIS MADRIZ | WESTERN WASHINGTON | |

RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable Franklin D. Burgess |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/11/07  TO 07/10/12 |

**OFFENSE**

*Conspiracy to Distribute Heroin*

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __WESTERN__ DISTRICT OF __WASHINGTON__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of California__ upon the Court's order of acceptance of jurisdiction. The Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/15/08
DATE            UNITED STATES DISTRICT JUDGE

* This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern District__ DISTRICT OF __California__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 3 2008
DATE            UNITED STATES DISTRICT JUDGE  James Ware