**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
1717 PACIFIC AVE., RM 3100
TACOMA, WASHINGTON 98402-3200

*FILED*

2008 MAR 26 P 3 41

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**BRUCE RIFKIN**
District Court Executive
Seattle, Washington

March 14, 2008

2112 Robert F. Peckham Federal
Bldg and United States Courthouse
280 South First Street
San Jose, CA  95113-3002

RE:  **Jose Luis Madriz v. v USA**
     **YOUR CASE NUMBER:**  **CR-08 00140JF**
     **OUR CASE NUMBER:**   CR96-5296FDB-001

Dear Clerk:

Pursuant to the Order Transferring Probation Jurisdiction in the above-captioned case, enclosed are certified copies of:

| | |
|---|---|
| __X__ | Docket sheet |
| __X__ | Indictment or Information |
| __X__ | Judgment & Commitment |
| __X__ | Plea Agreement |
| _____ | Financial Case Record (from Financial Dept.) |
| __X__ | Other: Transfer of Jurisdiction Order |

Please acknowledge receipt of the above documents by returning the enclosed copy of this letter.

Sincerely,

BRUCE RIFKIN, DISTRICT COURT EXECUTIVE

By:_____S/ Denise Forbes_____
                    Deputy Clerk

Enclosures

| Prob 22 (Rev 2/88) | | Docket Number (Transferring Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | ORIGINAL FILED 08 MAR -5 PM 3: 04 RICHARD W. WIEKING U.S. DISTRICT COURT NO. DIST. OF CALIF. | CR96-5296FDB-001 |

**CR-08-00140 JF**

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | | DIVISION |
|---|---|---|
| **JOSE LUIS MADRIZ** | WESTERN WASHINGTON | |

| | NAME OF SENTENCING JUDGE **The Honorable Franklin D. Burgess** | | |
|---|---|---|---|
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM **07/11/07** | TO **07/10/12** |

| OFFENSE | **Conspiracy to Distribute Heroin** |
|---|---|

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___WASHINGTON___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon the Court's order of acceptance of jurisdiction. The Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___2/15/0V___
DATE

_____
UNITED STATES DISTRICT JUDGE

\* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Northern District___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___MAR 3 2008___
DATE

_James Ware_
UNITED STATES DISTRICT JUDGE

CERTIFIED TRUE COPY ATTEST: BRUCE RIFKIN Clerk, U.S. District Court Western District of Washington By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

## Western District of Washington

ENTERED
ON DOCKET

JUL 2 8 1997

By Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For Offenses Committed On or After November 1, 1987) |
| JOSE LUIS MADRIZ | Case Number: CR96-5296FDB-01 |

FILED LODGED
RECEIVED

JUL 25 1997

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                         DEPUTY

(Name of Defendant)

Steve E. Teich
Defendant's Attorney

THE DEFENDANT:

__XX__ pleaded guilty to count _1 of the ~~Second~~ Third Superseding Indictment_

_____ pleaded guilty nolo contendere to count(s) _____
which was accepted by the court.

_____ was found guilty on count(s) _____ after a
plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A) | Conspiracy to Distribute Controlled Substances | 05/03/96 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has been found not guilty on count(s) _____

✓ Count(s) _2, 3, 5, 7, 8, 9, 10-17, 19-21_ ~~(is)~~ (are) dismissed on the motion of the
_25-27_ United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's USM No.: ~~85-931~~ - 08878-097

Defendant's Mailing Address:

USM

SUZANNE C. HAYDEN
Assistant United States Attorney

July 25, 1997
Date of Imposition of Sentence

Signature of Judicial Officer

THE HONORABLE FRANKLIN D. BURGESS
United States District Judge
Name & Title of Judicial Officer

7/25/97
Date

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By                    Deputy Clerk

Defendant's Residence Address:

USM

Defendant:    MADRIZ, JOSE LUIS          Judgment--Page __2__ of __6__
Case Number:  CR96-5296FDB

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States
Bureau of Prisons to be imprisoned for a term of _____
_ONE HUNDRED SIXTY-EIGHT (168) MONTHS_ _____.

_____ The court makes the following recommendations to the Bureau of
Prisons:
that defendant be incarcerated as close to family in
California as possible.

✓
_____ The defendant is remanded to the custody of the United States marshal.

_____ The defendant shall surrender to the United States marshal for this district,

       _____ at _____ a.m.\p.m. on _____.

       _____ as notified by the United States marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by
       the Bureau of Prisons,

       _____ before 2 p.m. on _____.

       _____ as notified by the United States marshal.

       _____ as notified by the Probation or Pretrial Services Office.


## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at
_____, with a certified copy of
this judgment.

_____
                    United States Marshal

_____
                    Deputy Marshal

Defendant:    MADRIZ, JOSE LUIS                    Judgment--Page __3__ of __6__
Case Number:    CR96-5296FDB

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of ____FIVE    (  5  )  YEARS____

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

____ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

XX  The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page (if indicated below):

### See attached page for additional conditions

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer 10 days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant:    MADRIZ, JOSE LUIS          Judgment--Page   4   of   6
Case Number:   CR96-5296FDB

## ADDITIONAL SUPERVISED RELEASE TERMS

1.    XX   The defendant shall submit to a search of his person, property or vehicle conducted in a reasonable manner and at a reasonable time by a Probation Officer.

2.    XX   The defendant shall participate as instructed by his Probation Officer in a program approved by the Probation Office for treatment of narcotic addiction or drug dependency, which may include testing to determine if the defendant has reverted to the use of drugs.  The defendant shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision.

3.   If deported, the defendant shall not reenter the United States without permission of the Immigration and Naturalization Service.

AO 245B(3/95) Sheet 5, Part A – Criminal     etary Penalties

Defendant:      MADRIZ, JOSE LUIS                    Judgment--Page ___5___ of ___6___
Case Number:    CR96-5296FDB

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set out below.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $ 100.00 | $ _____ | $ _____ |

_____ If applicable, restitution amount ordered pursuant to plea agreement    $ _____

### FINE

__XX__ **The Court finds that the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.**

The above fine includes costs of incarceration and/or supervision in the amount of $ _____
The defendant shall pay interest on any fine of more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

_____ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

_____ The interest requirement is waived.
_____ The interest requirement is modified as follows:

### RESTITUTION

_____ The determination of restitution is deferred in a case brought under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, until _____.  An Amended Judgment in a Criminal Case will be entered after such determination.

_____ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |
| **Totals:** | $ _____ | $ _____ | $ _____ |

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994

AO 245B(3/95) Sheet 5, Part B - Criminal   Monetary Penalties

Defendant:     MADRIZ, JOSE LUIS                   Judgment--Page __6__ of __6__
Case Number:   CR96-5296FDB

## SCHEDULE OF PAYMENTS

        Payments shall be applied in the following order: (1) assessment;
(2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest;
(6) penalties.

        Payment of the total fine and other criminal monetary penalties shall be
due as follows:

A  __XX__   in full immediately; and

B  _____    $ _____ immediately, balance due (in accordance with C, D,
            or E); or

C  _____    not later than _____; or

D  _____    in installments to commence _____ days after the date of this
            judgment.  In the event the entire amount of criminal monetary
            penalties imposed is not paid prior to the commencement of
            supervision, the U.S. probation officer shall pursue collection of
            the amount due, and shall request the court to establish a payment
            schedule if appropriate; or

E  _____    in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____
            _____ over a period of _____ year(s) to commence _____ days after
            the date of this judgment.

The National Fine Center will credit the defendant for all payments previously made toward any criminal monetary
penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

Make check payable to:

United States District Court Clerk
Western District of Washington
The Court is to forward money received to the _____.
                                              (Name of party receiving restitution)
See address on page _____ of this judgment.

_____   The defendant shall pay the cost of prosecution.

_____   The defendant shall forfeit the defendant's interest in the following property to the
        United States:


        Unless the court has expressly ordered otherwise in the special instructions above, if this
judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due
during the period of imprisonment.  All criminal monetary penalty payments are to be made to the
United States Courts National Fine Center, Administrative Office of the United States Courts,
Washington, DC 20544, except those payments made through the Bureau of Prisons' Inmate Financial
Responsibility Program.  If the National Fine Center is not operating in this district, all
criminal monetary penalty payments are to be made as directed by the court, probation officer, or
the United States Attorney.

**CERTIFICATE OF MAILING**

I certify that I mailed a copy of the foregoing
document to which this certificate is attached.
to the attorneys of record of defendant, on the
23rd day of July , 19 97 .

**UNITED STATES ATTORNEY**

By Donna Moreland

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By Denise Forbes
Judge Burgess Deputy Clerk

FILED _____ LODGED
_____ RECEIVED

**JUL 22 1997**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA, )
)
                    Plaintiff, )       NO.   CR96-5296 FDB
)
          v.                     )       GOVERNMENT'S SENTENCING
)                                        MEMORANDUM
JOSE LUIS MADRIZ,                )
                    Defendant. )
_____)

COMES NOW the United States of America, by and through
Katrina C. Pflaumer, United States Attorney for the Western
District of Washington, and Suzanne C. Hayden and Susan B.
Dohrmann, Assistant United States Attorneys for said District, and
respectfully submits this Sentencing Memorandum in preparation for
the sentencing hearing of the above-referenced defendant scheduled
for July 25, 1997. Certain disputed facts relevant to the
defendant's applicable Sentencing Guidelines level will be
clarified by the testimony of law enforcement witnesses. The areas
of contention are set forth below.

**INTRODUCTION**

Defendant's imposition of sentence is currently set for July
25, 1997 at 9:00 a.m.  Substantively, the parties disagree as to
the amount of drugs which are attributable to the defendants, to
JOSE LUIS MADRIZ's role in the offense, to his acceptance of

GOVERNMENT'S SENTENCING MEMORANDUM
/Jose Luis Madriz - 1

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

1  responsibility and to an upward adjustment for a firearm found in

2  his bedroom.

3      The government will present testimony of Task Force Agent

4  Gerald Watkins and Task Force Agent Jeff Smith to discuss the

5  amounts of drugs seized, the statements at the time of arrest of

6  Jorge Campos (who later pleaded guilty and confirmed his

7  involvement before this Court) and the observations of the officers

8  and their colleagues during the investigation which would support

9  the amount of drugs and role in the offense as set forth in the

10  presentence report.  The issues whether or not the defendant should

11  receive adjustments for acceptance of responsibility and for

12  possession of a firearm are predominantly legal ones as addressed

13  below.

14          **AMOUNT OF NARCOTICS ATTRIBUTABLE TO THE DEFENDANT**

15      The government may establish the amount of narcotics involved

16  in the conspiracy by a preponderance of the evidence. United States

17  v. Harrison-Philpot, 978 F.2d 1520, 1522 (9th Cir. 1992,) cert.

18  denied, 508 U.S. 929 (1993).  The Sentencing Guidelines instruct

19  the district court to calculate the base level using the quantity

20  of drugs involved in the count of conviction and quantities that

21  "were part of the same course of conduct or part of a common scheme

22  or plan as the count of conviction." U.S.S.G. § 1B1.3(a)(2).

23  This section is applicable "when the government proves by a

24  preponderance that the defendant either: (1) personally

25  participated in the acts and omissions, or (2) the acts and

26  omissions were "in furtherance of the execution of jointly-

27

28

GOVERNMENT'S SENTENCING MEMORANDUM
/Jose Luis Madriz - 2

1    undertaken criminal activity that was reasonably foreseeable by the
2    defendant." U.S. v. Sanchez, 967 F.2d 1383, 1384 (9th cir. 1992).
3        In the instant case, the defendant admits to possessing six
4    pounds of heroin.  The actual amount of heroin seized was 200 grams
5    less than three kilograms.  Under the sentencing guidelines, less
6    than three kilograms results in a base level of 32.  This amount is
7    undisputed. (see defendant's statement of conduct.)  The government
8    will show through the testimony of law enforcement officers that in
9    addition to the heroin found in his bedroom, the defendant and his
10   coconspirators were responsible for 3 1/2 additional kilograms
11   seized from the pickup of Jorge Campos.  Campos has plead guilty
12   and confessed that the heroin belonged to Jose Luis Madriz and had
13   been picked up in Mexico at Jose Luis Madriz's direction.  The
14   white pickup was the subject of intercepted conversations and was
15   observed at the Madriz Eatonville address and at Salvador Bibian's
16   auto body shop.  Salvador Bibian pleaded guilty in this case and
17   stated to the court that he knew money was secreted in the vehicle
18   and that he believed it to be the proceeds of illegal activity.
19   With the addition of the drugs above, the base level for six
20   kilograms of heroin is 34 (151-188 months).
21       The defendant objects to information that was included in the
22   PSI and no doubt will object to the testimony of the witnesses.
23   The Court has broad discretion to consider various kinds of
24   evidence.  U.S. v. Watts, ____ U.S. ___, 117 S. Ct. ___ (Jan. 6,
25   1997).  This principle is codified at 18 U.S.C. § 3661.  Pursuant
26   to Federal Rule of Evidence 1101(d)(3), hearsay exclusions and
27   restrictions are inapplicable at a sentencing hearing.
28

GOVERNMENT'S SENTENCING MEMORANDUM
/Jose Luis Madriz - 3

1     In this instance the government is prepared to present

2   testimony of law enforcement officials who spoke with the defendant

3   as well as other co-defendants whose cases have subsequently been

4   resolved.   In addition to the heroin seized in this investigation

5   from the coconspirators, the officers seized amphetamine,

6   methamphetamine and cocaine which they will show is attributable to

7   the joint venture of the defendants, including, of course, JOSE

8   LUIS MADRIZ.

9                        **ROLE IN THE OFFENSE**

10    The defendant JOSE LUIS MADRIZ directed numerous individuals

11   in the organization.   Evidence of his involvement and role will be

12   shown during the testimony of the officers and further evidenced by

13   the plea agreements and confessions of others whom distributed

14   drugs or drove vehicles for the group.   Tape recorded conversations

15   demonstrate that JOSE LUIS MADRIZ instructed his brother Cesar

16   Madriz, his brother Juan Carlos Madriz and discussed his position

17   with his uncle.   Additionally, as testified to at his sentencing,

18   Jorge Campos identified JOSE LUIS MADRIZ as the person for whom he

19   drove the white pickup truck which contained three kilograms of

20   cocaine.

21                    **ACCEPTANCE OF RESPONSIBILITY**

22    The defendant accepted responsibility in his statement and at

23   his change of plea.   With respect to any additional downward

24   adjustment for "super" acceptance, we note that the defendant did

25   not enter a timely plea and his attorney did not relay to counsel

26   for the government that he intended to plead guilty to the offense

27   until days before trial.   On the contrary, the defendant and his

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

1  counsel acknowledged their willingness to plead guilty, verbally

2  agreed to the plea agreement and on the day of the plea, in Tacoma,

3  announced that the plea was not acceptable.  Trial was rescheduled.

4  This is not timely or "super" acceptance of responsibility that

5  should result in a third point reduction.

### ADJUSTMENT FOR THE FIREARM

6

7      The defendant had a semi-automatic pistol and a false drivers'

8  license which were seized in his bedroom.  Thus, a two-point upward

9  adjustment is appropriate "unless it was clearly improbable that

10 the weapon was connected with the offense." U.S.S.G. §2D.1.1,

11 Application note 3.  The defendant's offense was a month long drug

12 conspiracy, many of the activities underlying the crime were

13 carried out in the residence where the gun was found along with

14 heroin, additional handgun in his coconspirator's room, false

15 identity cards, scales and other indicia of drug trafficking.

16     The defendant's base level is 34.  He should receive an upward

17 adjustment for his role in the offense which would elevate his

18 level to either 37 or 38.  He should receive an additional 2 level

19 adjustment for possession of the firearm (level 39 or 40) and he

20 then should receive a two point downward adjustment for his

21 acceptance of responsibility, resulting in a final level of 37 or

22 38, depending on the court's assessment of the extent of his

23 supervisory role.

### CONCLUSION AND SENTENCING RECOMMENDATION

24

25     JOSE LUIS MADRIZ is the leader of a sophisticated and far-

26 flung narcotics trafficking group.  In one month he was responsible

27 for over 7,000 grams of heroin coming into the state of Washington.

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1      We concur in the recommendation contained in the Presentence

2  Report that defendant be sentenced to a term of 262 months, a

3  sentence at the low-end of the applicable Sentencing Guidelines

4  range.

5      Dated this _22nd_ day of ___July___, 1997.

6            Respectfully submitted,

7            KATRINA C. PFLAUMER
          United States Attorney

8

9

10           SUZANNE C. HAYDEN
          Assistant United States Attorney

11

12

13           SUSAN B. DOHRMANN
          Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GOVERNMENT'S SENTENCING MEMORANDUM
/Jose Luis Madriz - 6

1

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

**Judge Burgess**

2

By _____
Deputy Clerk

3

FILED ———— LODGED
———— RECEIVED

4

5

MAR 07 1997

6

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

7

**WESTERN DISTRICT OF WASHINGTON**

**AT TACOMA**

8

9

UNITED STATES OF AMERICA,                    )

                        Plaintiff,    )    NO.   CR96-5296 FDB

10

          v.                          )    PLEA AGREEMENT

11

JOSE LUIS MADRIZ, and                        )

12

JUAN CARLOS MADRIZ,                          )

                        Defendants.   )

13

14          COMES NOW the United States of America, by and through

15     Katrina C. Pflaumer, United States Attorney for the Western

16     District of Washington, Suzanne C. Hayden and Francis J. Diskin,

17     Assistant United States Attorneys for said District, and the

18     defendant, JOSE LUIS MADRIZ, by his attorney, Steve E. Teich; and

19     defendant JUAN CARLOS MADRIZ, by his attorney, Vito de la Cruz; and

20     enter the following agreement pursuant to Rule 11(e), of the

21     Federal Rules of Criminal Procedure:

22          1.    The defendants shall enter pleas of guilty to Count 1 of

23     the Third Superseding Indictment charging each of them with

24     conspiracy to distribute heroin, in violation of Title 21,

25     United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).  The

26     defendants understand that the statutory penalty is imprisonment

27     for not less than ten (10) years and up to life, a period of

28

PLEA AGREEMENT/MADRIZ - 1
(088.SCH/mhc)

353

1  supervised release of five (5) years, a fine of up to $4,000,000,

2  and a Special Assessment of not less than $100.

3      2.    The defendants and the United States agree that the

4  following facts are true, and form the basis of the Superseding

5  Indictment and guilty plea:

6      (a)   In April 1996, law enforcement began to intercept the

7      telephones of JOSE LUIS MADRIZ located in the Western District

8      of Washington.  They intercepted various conversations between

9      JOSE LUIS MADRIZ, JUAN CARLOS MADRIZ and others, concerning

10     the movement of narcotics and the ship of money to Mexico.

11     (b)   On May 1, 1996, law enforcement seized approximately six

12     pounds of heroin from the JOSE LUIS MADRIZ and Juan Carlos

13     Esparza Suarez residence in Eatonville, Washington.

14     (c)   On May 1, 1996, during a simultaneous search of the

15     residence in California where JOSE LUIS MADRIZ and his brother

16     were located, approximately $181,000 in cash was seized.  A

17     boat was also located by police that the Madriz's intended to

18     use to transport the currency to Mexico.  At that time, JOSE

19     LUIS MADRIZ confessed that the money was his.

20     (d)   JUAN CARLOS MADRIZ, the half brother of JOSE LUIS MADRIZ

21     lived with JOSE LUIS MADRIZ in Eatonville, Washington.  He was

22     observed delivering methamphetamine and amphetamine to

23     Washington clients from April 1996, to May 1996.

24     (e)   Each defendant agrees that he was a member of the charged

25     conspiracy which had as its objective the distribution of

26     heroin.

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

PLEA AGREEMENT/MADRIZ - 2
(088.SCH/mhc)

1      3.    The parties agree and stipulate that U.S.S.G.

2  Section 2D1.1 applies to the defendant's drug offense.  All parties

3  further agree that the government has evidence in its possession to

4  establish offense conduct of at least six pounds of heroin.  The

5  government and each defendant are free to argue at sentencing, the

6  actual amount of controlled substances in excess of the stipulated

7  amount which may have been reasonably foreseeable, or within the

8  scope of the defendant's agreement.

9      4.    The parties are free to argue the role of each defendant.

10      5.    If the United States Probation Office recommends that the

11  defendants receive a two-point adjustment for acceptance of

12  responsibility, the United States will not object.

13      6.    Each defendant understands and agrees that the validity

14  of this Plea Agreement is conditioned upon the acceptance by both

15  defendants named herein.  Each defendant further understands that

16  if either of the named defendants does not enter his guilty plea to

17  the agreement or withdraws a guilty plea previously entered, the

18  Government's plea offer is withdrawn as to both defendants.

19      7.    The defendants acknowledge that they have entered this

20  plea agreement freely and voluntarily, and that no threats or

21  promises, other than the promises contained in this plea agreement,

22  were made to induce them to enter the pleas of guilty.

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1  8. The Government and the defendant acknowledge that these

2 terms constitute the entire plea agreement between the parties.

3 DATED THIS ___7th___ day of ___March___, 1997.

4

5

6

7  STEVE E. TEICH       JOSE LUIS MADRIZ

8 Attorney at law       Defendant

9

10 VITO de la CRUZ       JUAN CARLOS MADRIZ

11 Attorney at law       Defendant

12

13 SUZANNE C. HAYDEN     FRANCIS J. DISKIN

14 Assistant United States Attorney Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

_____FILED    _____ENTERED
_____LODGED    _____RECEIVED                    **Judge Burgess**

JAN 1 4    Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
AT SEATTLE the Grand Jury and FILED in the U.S.
CLERK U.S. DISTRICT COURT at Seattle, Washington.
WESTERN DISTRICT OF WASHINGTON

_____January 14___ 19_97_
BRUCE RIFKIN, Clerk

By_____, Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )    NO.   CR96-5296 FDB
                                 )
        v.                       )
                                 )
1- JOSE LUIS MADRIZ,             )    THIRD SUPERSEDING
   a/k/a "CHELIS,"               )    INDICTMENT
3- JUAN CARLOS MADRIZ,           )
   a/k/a JUAN CARLOS ESPARZA-SUAREZ,  )
8- CESAR MADRIZ,                 )
4- SALVADOR BIBIAN,              )
   a/k/a "PALATON,"              )
6- ALBINO MADRIZ-HERNANDEZ,      )
9- SYLVIA MECINA-GARCIA,         )
10- FRANCISCO CONTRERAS GALVAN,  )
   a/k/a "EL PIN,"               )
11- MARIA DE RAMOS CONTRERAS,    )
13- JUAN GABRIEL JAVALERA-CAMACHO,    )
   a/k/a "EL TANGO,"             )
14- FEDERICO HERNANDEZ-SANDOVAL, )
   a/k/a "GUERO,"                )
                                 )
                Defendants.      )
_____)

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
              Deputy Clerk

The Grand Jury charges that:

<u>COUNT 1</u>
(Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, but around April 1994, and

continuing through on or about May 3, 1996, within the Western

District of Washington and elsewhere, JOSE LUIS MADRIZ, a/k/a

"CHELIS," JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-SUAREZ,

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1  CESAR MADRIZ, SALVADOR BIBIAN, a/k/a "PALATON," ALBINO MADRIZ-

2  HERNANDEZ, SYLVIA MECINA-GARCIA, FRANCISCO CONTRERAS GALVAN, a/k/a

3  "EL PIN," MARIA DE RAMOS CONTRERAS, JUAN GABRIEL JAVALERA-CAMACHO,

4  and FEDERICO HERNANDEZ-SANDOVAL, a/k/a "GUERO," knowingly and

5  intentionally did conspire with each other and with others known

6  and unknown to distribute controlled substances, to wit:

7  methamphetamine, a substance controlled under Schedule II,

8  Title 21, United States Code, Section 812; and heroin, a substance

9  controlled under Schedule I, Title 21, United States Code,

10 Section 812.

11      The Grand Jury further charges that this offense involved one

12 thousand (1000) grams or more of a mixture or substance containing

13 methamphetamine, and one thousand (1,000) grams or more of a

14 mixture or substance containing heroin.

15      A.   **THE PARTICIPANTS IN THE ORGANIZATION**

16           The organization consisted of numerous individuals

17 aligned in various sub-groups all working toward the common

18 objective of distributing heroin and methamphetamine for financial

19 gain.

20           1.   Albino Madriz-Hernandez controlled the flow of

21 narcotics from Michoacan, Mexico, to family members in the states

22 of Washington, California and elsewhere.

23           2.   Jose Luis Madriz, the son of Albino Madriz-

24 Hernandez, directed the distribution of narcotics in the United

25

26

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. - 2
(DISCOS/062_3dSIND.SCH)

1  States upon their receipt from Mexico and the return of cash
2  proceeds to Mexico.
3          3.    Juan Carlos Madriz, the half-brother of Jose Luis
4  Madriz, distributed wholesale quantities of heroin,
5  methamphetamine and cocaine in the state of Washington and
6  elsewhere on behalf of the organization.
7          4.    Cesar Madriz, another son of Albino Madriz-
8  Hernandez, lived in California and coordinated vehicles loaded
9  with money and narcotics as they stopped between the State of
10  Washington and Mexico.
11         5.    Salvador Bibian utilized his autobody shop to
12  assist in concealing the cash proceeds from narcotics distribution
13  in vehicles for transportation to Mexico.
14         6.    Sylvia Mecina-Garcia, the wife of Juan Carlos
15  Madriz, assisted her husband in the storage and delivery of
16  narcotics.
17         7.    Francisco Contreras Galvan was a distributor of
18  narcotics who travelled between Mexico and Washington on behalf of
19  the organization.
20         8.    Juan Gabriel Javalera-Camacho was a local
21  distributor of narcotics on behalf of the organization.
22         9.    Federico Hernandez-Sandoval was a cousin of Albino
23  Madriz-Hernandez who provided wholesale quantities of narcotics
24  for the organization to distribute in the state of Washington.
25     B.    **OBJECTIVES OF THE ORGANIZATION**
26         1.    The primary objective of the organization was to
27  transport loads of controlled substances from Mexico to the
28

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. - 3
(DISCOS/062_3dSIND.SCH)

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1  Western District of Washington and elsewhere for financial gain.

2       2.   Another objective of the organization was the

3  distribution of controlled substances (heroin) throughout the

4  Western District of Washington and elsewhere for financial gain.

5       3.   Another objective of the organization was the

6  distribution of controlled substances (methamphetamine) throughout

7  the Western District of Washington and elsewhere for financial

8  gain.

9       C.   **METHODS AND MEANS**

10      1.   It was a part of the conspiracy that the

11  participants in the organization used pagers and telephones to

12  facilitate their narcotics distribution and used code words during

13  their telephone conversations to avoid detection by law

14  enforcement.

15      2.   It was a part of the conspiracy that vehicles with

16  hidden compartments were used to conceal narcotics and cash

17  proceeds.

18      3.   It was a part of the conspiracy that heroin would

19  be molded into automobile engine parts as it was transported

20  across the United States to the Western District of Washington to

21  avoid detection by law enforcement.

22      4.   It was a part of the conspiracy to obtain

23  fraudulent identities from the Washington Department of Licensing

24  in order to avoid detection by law enforcement.

25      All in violation of Title 21, United States Code,

26  Sections 846, 841(a)(1), and 841(b)(1)(A).

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. - 4
(DISCOS/062_3dSIND.SCH)

COUNT 2
(Conspiracy to Import Controlled Substances)

Beginning at a time unknown, but around April 1994, and continuing through on or about May 3, 1996, within the Western District of Washington and elsewhere, JOSE LUIS MADRIZ, a/k/a "CHELIS," CESAR MADRIZ, SALVADOR BIBIAN, a/k/a "PALATON," and ALBINO MADRIZ-HERNANDEZ, knowingly and intentionally did conspire with each other and with others known and unknown to import controlled substances, to wit: methamphetamine, a substance controlled under Schedule II, Title 21, United States Code, Section 812; and heroin, a substance controlled under Schedule I, Title 21, United States Code, Section 812, from outside the United States to the Western District of Washington and elsewhere.

The Grand Jury further charges that this offense involved one thousand (1,000) grams or more of a mixture or substance containing methamphetamine, and one thousand (1,000) grams or more of a mixture or substance containing heroin.

A.    THE PARTICIPANTS IN THE ORGANIZATION

The organization consisted of numerous individuals aligned in various sub-groups all working toward the common objective of distributing heroin and methamphetamine for financial gain.

1.    Albino Madriz-Hernandez controlled the flow of narcotics from Michoacan, Mexico, to family members in the state of Washington.

2.    Jose Luis Madriz, the son of Albino Madriz-Hernandez, directed the distribution of narcotics in the United

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. - 5
(DISCOS/062_3dSIND.SCH)

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

1  States, upon their receipt from Mexico.

2       3.   Cesar Madriz, another son of Albino Madriz-

3  Hernandez, coordinated vehicles loaded with money and narcotics as

4  they stopped between the State of Washington and Mexico.  He also

5  personally attempted to carry currency into Mexico, by strapping

6  it to his body.

7       4.   Salvador Bibian assisted other participants in the

8  organization by preparing vehicles located at his autobody shop

9  business to conceal cash proceeds from the distribution of

10 narcotics for transportation from the United States to Mexico.

11      B.   **OBJECTIVES OF THE ORGANIZATION**

12      1.   The primary objective of the organization was to

13 bring multiple kilograms of controlled substances from Mexico into

14 the United States for financial gain.

15      2.   Another objective of the organization was to

16 conceal the cash proceeds obtained by the sale of the controlled

17 substances in the Western District of Washington and return the

18 currency to Mexico.

19      C.   **METHODS AND MEANS**

20      1.   It was a part of the conspiracy that the

21 participants of the organization used pagers and telephones to

22 facilitate their narcotics distribution and used code words during

23 their telephone conversations to avoid detection by law

24 enforcement.

25      2.   It was a part of the conspiracy to use vehicles

26 that had hidden compartments to conceal their multi-kilogram

27 controlled substances.

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. - 6
(DISCOS/062_3dSIND.SCH)

3.    It was a part of the conspiracy that heroin would
be molded into automobile engine parts as it was transported
across the United States to the Western District of Washington.

4.    It was a part of the conspiracy to obtain
fraudulent identification from the Washington Department of
Licensing in order to avoid detection by law enforcement.

5.    It was a part of the conspiracy to employ drivers
to drive vehicles loaded with controlled substances from Mexico to
the Western District of Washington through California.

6.    It was a part of the conspiracy to employ
individuals to transport the cash proceeds from narcotics' sales
from the Western District of Washington to Mexico.

All in violation of Title 21, United States Code,
Sections 963, 952, and 960(b)(1)(A).

## COUNT 3
(Distribution of Amphetamine)

On or about April 4, 1996, at Pierce County, within the
Western District of Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS,"
and JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-SUAREZ,
intentionally did distribute, and aid and abet the distribution
of, amphetamine, a narcotic substance controlled under
Schedule II, Title 21, United States Code, Section 812.

The Grand Jury further charges that this offense involved one
thousand (1,000) grams or more of mixture or substance containing
amphetamine.

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. - 7
(DISCOS/062_3dSIND.SCH)

1    The Grand Jury further charges that this offense was

2    committed during and in furtherance of the conspiracy charged in

3    Count 1, above.

4    All in violation of Title 21, United States Code,

5    Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States

6    Code, Section 2.

7                              COUNT 4
                (Possession with Intent to Distribute Amphetamine)
8
9    On or about April 21, 1996, at Spanaway, within the Western

10   District of Washington, JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS

11   ESPARZA-SUAREZ, SYLVIA MECINA-GARCIA, and JUAN GABRIEL JAVALERA-

12   CAMACHO, a/k/a "EL TANGO," knowingly and intentionally did

13   possess, and aid and abet the possession of, with intent to

14   distribute, amphetamine, a substance controlled under Schedule II,

15   Title 21, United States Code, Section 812.

16   The Grand Jury further charges that this offense involved one

17   hundred (100) grams or more of a mixture or substance containing

18   amphetamine.

19   The Grand Jury further charges that this offense was

20   committed during and in furtherance of the conspiracy charged in

21   Count 1, above.

22   All in violation of Title 21, United States Code,

23   Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States

24   Code, Section 2.

25                              COUNT 5
                (Possession with Intent to Distribute Heroin)
26
27   On or about April 21, 1996, at Seattle, within the Western

28   District of Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," and

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1  FEDERICO HERNANDEZ-SANDOVAL, a/k/a "GUERO," knowingly and

2  intentionally did possess, and aid and abet the possession of,

3  with intent to distribute, heroin, a substance controlled under

4  Schedule I, Title 21, United States Code, Section 812.

5      The Grand Jury further charges that this offense involved

6  five hundred (500) grams or more of a mixture or substance

7  containing heroin.

8      The Grand Jury further charges that this offense was

9  committed during and in furtherance of the conspiracy charged in

10 Count 1, above.

11     All in violation of Title 21, United States Code,

12 Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States

13 Code, Section 2.

14                          <u>COUNT 6</u>
                    (Possession with Intent to Distribute Heroin)
15
16     On or about April 27, 1996, in King County, within the

17 Western District of Washington, JUAN CARLOS MADRIZ, a/k/a JUAN

   CARLOS ESPARZA-SUAREZ, FRANCISCO CONTRERAS GALVAN, a/k/a "EL PIN,"
18
   and MARIA DE RAMOS-CONTRERAS, knowingly and intentionally did
19
   possess, and aid and abet the possession of, with intent to
20
   distribute, a mixture and substance containing heroin, a narcotic
21
   substance controlled under Schedule I, Title 21, United States
22
   Code, Section 812.
23
24     The Grand Jury further charges that this offense was

25 committed during and in furtherance of the conspiracy charged in

26 Count 1, above.

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1    All in violation of Title 21, United States Code,

2   Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States

3   Code, Section 2.

### COUNT 7
(Possession with Intent to Distribute Heroin)

6    On or about May 1, 1996, at Eatonville, within the Western

7   District of Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," MARIA

8   BOBADILLA MADRIZ, JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-

9   SUAREZ, and SYLVIA MECINA-GARCIA, knowingly and intentionally did

10   possess, and aid and abet the possession of, with intent to

11   distribute, a mixture and substance containing heroin, a narcotic

12   substance controlled under Schedule I, Title 21, United States

13   Code, Section 812.

14    The Grand Jury further charges that this offense involved one

15   thousand (1,000) grams or more of mixture or substance containing

16   heroin.

17    The Grand Jury further charges that this offense was

18   committed during and in furtherance of the conspiracy charged in

19   Count 1, above.

20    All in violation of Title 21, United States Code,

21   Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States

22   Code, Section 2.

### COUNT 8
(Maintaining a Drug Establishment)

24    Between on or about February 1996 and May 1, 1996, in Pierce

25   County, in the Western District of Washington, JOSE LUIS MADRIZ,

26   a/k/a "CHELIS,"  JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-

27   SUAREZ, and SYLVIA MECINA-GARCIA, did knowingly maintain and aid

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

1  and abet the maintaining of a building at 8708 366th St. E.,

2  Eatonville, Washington, for the purpose of distributing controlled

3  substances, that is, methamphetamine and heroin, controlled

4  substances scheduled pursuant to Title 21 United States Code,

5  Section 812.

6      The Grand Jury further charges that this offense was

7  committed during and in furtherance of the conspiracy charged in

8  Count 1, above.

9      All in violation of Title 21 United States Code

10  Section, 856(a)(1), and Title 18 United States Code, Section 2.

11                      COUNT 9
                (Use of Communication Facility)
12

13      On or about April 4, 1996, within the Western District of

14  Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," did knowingly and

15  intentionally use a communication device, that is, the telephone,

16  to facilitate a drug trafficking offense, to wit:  conspiracy to

17  distribute controlled substances, in violation of Title 21,

18  United States Code, Section 846, 841(a)(1); and distribution of

19  controlled substances, in violation of Title 21, United States

20  Code, Section 841(a)(1).

21      All in violation of Title 21, United States Code,

22  Section 843(b).

23                      COUNT 10
                (Use of Communication Facility)

24      On or about April 4, 1996, within the Western District of

25  Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," and JUAN CARLOS

26  MADRIZ, a/k/a JUAN CARLOS ESPARZA-SUAREZ, did knowingly and

27  intentionally use a communication device, that is, the telephone,

28

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. — 11
(DISCOS/062_3dSIND.SCH)

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

1    to facilitate a drug trafficking offense, to wit:  conspiracy to

2    distribute controlled substances, in violation of Title 21,

3    United States Code, Section 846, 841(a)(1); and distribution of

4    controlled substances, in violation of Title 21, United States

5    Code, Section 841(a)(1).

6         All in violation of Title 21, United States Code,

7    Section 843(b).

8                            COUNT 11
                     (Use of Communication Facility)
9

10        On or about April 9, 1996, within the Western District of

11   Washington, JOSE LUIS MADRIZ, a/k/a CHELIS," and ALBINO MADRIZ-

     HERNANDEZ, did knowingly and intentionally use a communication
12
     device, that is, the telephone, to facilitate a drug trafficking
13
     offense, to wit:  conspiracy to distribute controlled substances,
14
     in violation of Title 21, United States Code, Section 846,
15
     841(a)(1); and distribution of controlled substances, in violation
16
     of Title 21, United States Code, Section 841(a)(1).
17
          All in violation of Title 21, United States Code,
18
     Section 843(b).
19
                             COUNT 12
20                   (Use of Communication Facility)

21        On or about April 9, 1996, within the Western District of

22   Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," and SALVADOR BIBIAN,

23   a/k/a "PALATON," did knowingly and intentionally use a

24   communication device, that is, the telephone, to facilitate a drug

25   trafficking offense, to wit:  conspiracy to distribute controlled

26   substances, in violation of Title 21, United States Code,

27   Section 846, 841(a)(1); and distribution of controlled substances,

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1    in violation of Title 21, United States Code, Section 841(a)(1).

2        All in violation of Title 21, United States Code,

3    Section 843(b).

### COUNT 13
(Use of Communication Facility)

6        On or about April 9, 1996, within the Western District of

7    Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," did knowingly and

8    intentionally use a communication device, that is, the telephone,

9    to facilitate a drug trafficking offense, to wit:  conspiracy to

10    distribute controlled substances, in violation of Title 21,

11    United States Code, Section 846, 841(a)(1); and distribution of

12    controlled substances, in violation of Title 21, United States

13    Code, Section 841(a)(1).

14        All in violation of Title 21, United States Code,

15    Section 843(b).

### COUNT 14
(Use of Communication Facility)

17        On or about April 9, 1996, within the Western District of

18    Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," and SALVADOR BIBIAN,

19    a/k/a "PALATON," did knowingly and intentionally use a

20    communication device, that is, the telephone, to facilitate a drug

21    trafficking offense, to wit:  conspiracy to distribute controlled

22    substances, in violation of Title 21, United States Code,

23    Section 846, 841(a)(1); and distribution of controlled substances,

24    in violation of Title 21, United States Code, Section 841(a)(1).

25        All in violation of Title 21, United States Code,

26    Section 843(b).

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. — 13
(DISCOS/062_3dSIND.SCH)

1

<u>COUNT 15</u>
(Use of Communication Facility)

2

3     On or about April 12, 1996, within the Western District of

4     Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," and SALVADOR BIBIAN,

5     a/k/a "PALATON," did knowingly and intentionally use a

6     communication device, that is, the telephone, to facilitate a drug

7     trafficking offense, to wit:  conspiracy to distribute controlled

8     substances, in violation of Title 21, United States Code,

9     Section 846, 841(a)(1); and distribution of controlled substances,

10    in violation of Title 21, United States Code, Section 841(a)(1).

11        All in violation of Title 21, United States Code,

12    Section 843(b).

13

<u>COUNT 16</u>
(Use of Communication Facility)

14    On or about April 12, 1996, within the Western District of

15    Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," did knowingly and

16    intentionally use a communication device, that is, the telephone,

17    to facilitate a drug trafficking offense, to wit:  conspiracy to

18    distribute controlled substances, in violation of Title 21,

19    United States Code, Section 846, 841(a)(1); and distribution of

20    controlled substances, in violation of Title 21, United States

21    Code, Section 841(a)(1).

22        All in violation of Title 21, United States Code,

23    Section 843(b).

24

<u>COUNT 17</u>
(Use of Communication Facility)

25    On or about April 13, 1996, within the Western District of

26    Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," and CESAR MADRIZ,

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. - 14
(DISCOS/062_3dSIND.SCH)

1   did knowingly and intentionally use a communication device, that

2   is, the telephone, to facilitate a drug trafficking offense, to

3   wit:  conspiracy to distribute controlled substances, in violation

4   of Title 21, United States Code, Section 846, 841(a)(1); and

5   distribution of controlled substances, in violation of Title 21,

6   United States Code, Section 841(a)(1).

7        All in violation of Title 21, United States Code,

8   Section 843(b).

9                           COUNT 18
                   (Use of Communication Facility)
10

11       On or about April 18, 1996, within the Western District of

12  Washington, JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-SUAREZ,

13  and JUAN GABRIEL JAVALERA-CAMACHO, a/k/a "EL TANGO," did knowingly

14  and intentionally use a communication device, that is, the

15  telephone, to facilitate a drug trafficking offense, to

16  wit:  conspiracy to distribute controlled substances, in violation

17  of Title 21, United States Code, Section 846, 841(a)(1); and

18  distribution of controlled substances, in violation of Title 21,

19  United States Code, Section 841(a)(1).

20       All in violation of Title 21, United States Code,

21  Section 843(b).

22                          COUNT 19
                   (Use of Communication Facility)

23       On or about April 19, 1996, within the Western District of

24  Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," and FEDERICO

25  HERNANDEZ-SANDOVAL, a/k/a "GUERO," did knowingly and intentionally

26  use a communication device, that is, the telephone, to facilitate

27  a drug trafficking offense, to wit:  conspiracy to distribute

28

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. - 15
(DISCOS/062_3dSIND.SCH)

1 controlled substances, in violation of Title 21, United States

2 Code, Section 846, 841(a)(1); and distribution of controlled

3 substances, in violation of Title 21, United States Code,

4 Section 841(a)(1).

5     All in violation of Title 21, United States Code,

6 Section 843(b).

                            COUNT 20
7                 (Use of Communication Facility)
8

9     On or about April 19, 1996, within the Western District of

10 Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," did knowingly and

11 intentionally use a communication device, that is, the telephone,

12 to facilitate a drug trafficking offense, to wit:  conspiracy to

13 distribute controlled substances, in violation of Title 21,

14 United States Code, Section 846, 841(a)(1); and distribution of

15 controlled substances, in violation of Title 21, United States

16 Code, Section 841(a)(1).

17     All in violation of Title 21, United States Code,

18 Section 843(b).

                            COUNT 21
19                 (Use of Communication Facility)

20     On or about April 20, 1996, within the Western District of

21 Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," and FEDERICO

22 HERNANDEZ-SANDOVAL, a/k/a "GUERO," did knowingly and intentionally

23 use a communication device, that is, the telephone, to facilitate

24 a drug trafficking offense, to wit:  conspiracy to distribute

25 controlled substances, in violation of Title 21, United States

26 Code, Section 846, 841(a)(1); and distribution of controlled

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. — 16
(DISCOS/062_3dSIND.SCH)

1 substances, in violation of Title 21, United States Code,

2 Section 841(a)(1).

3      All in violation of Title 21, United States Code,

4 Section 843(b).

5                         COUNT 22
                 (Use of Communication Facility)

6

7      On or about April 21, 1996, within the Western District of

8 Washington, JUAN GABRIEL JAVELERA-CAMACHO, a/k/a "EL TANGO," and

9 JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-SUAREZ, did

10 knowingly and intentionally use a communication device, that is,

11 the telephone, to facilitate a drug trafficking offense, to

12 wit:  conspiracy to distribute controlled substances, in violation

13 of Title 21, United States Code, Section 846, 841(a)(1); and

14 distribution of controlled substances, in violation of Title 21,

15 United States Code, Section 841(a)(1).

16      All in violation of Title 21, United States Code,

17 Section 843(b).

18                         COUNT 23
                 (Use of Communication Facility)

19      On or about April 22, 1996, within the Western District of

20 Washington, JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-SUAREZ,

21 did knowingly and intentionally use a communication device, that

22 is, the telephone, to facilitate a drug trafficking offense, to

23 wit:  conspiracy to distribute controlled substances, in violation

24 of Title 21, United States Code, Section 846, 841(a)(1); and

25 distribution of controlled substances, in violation of Title 21,

26 United States Code, Section 841(a)(1).

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

1    All in violation of Title 21, United States Code,

2  Section 843(b).

3                              COUNT 24
                     (Use of Communication Facility)

4

5       On or about April 22, 1996, within the Western District of

6  Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," did knowingly and

7  intentionally use a communication device, that is, the telephone,

8  to facilitate a drug trafficking offense, to wit:  conspiracy to

9  distribute controlled substances, in violation of Title 21,

10  United States Code, Section 846, 841(a)(1); and distribution of

11  controlled substances, in violation of Title 21, United States

12  Code, Section 841(a)(1).

13       All in violation of Title 21, United States Code,

14  Section 843(b).

15                              COUNT 25
                     (Use of Communication Facility)

16       On or about April 22, 1996, within the Western District of

17  Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," and FRANCISCO

18  CONTRERAS GALVAN, a/k/a "EL PIN," did knowingly and intentionally

19  use a communication device, that is, the telephone, to facilitate

20  a drug trafficking offense, to wit:  conspiracy to distribute

21  controlled substances, in violation of Title 21, United States

22  Code, Section 846, 841(a)(1); and distribution of controlled

23  substances, in violation of Title 21, United States Code,

24  Section 841(a)(1).

25       All in violation of Title 21, United States Code,

26  Section 843(b).

27

28
UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. - 18
(DISCOS/062_3dSIND.SCH)

1

## COUNT 26
(Use of Communication Facility)

2

3        On or about April 23, 1996, within the Western District of

4    Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," and FRANCISCO

5    CONTRERAS GALVAN, a/k/a "EL PIN," did knowingly and intentionally

6    use a communication device, that is, the telephone, to facilitate

7    a drug trafficking offense, to wit:  conspiracy to distribute

8    controlled substances, in violation of Title 21, United States

9    Code, Section 846, 841(a)(1); and distribution of controlled

10   substances, in violation of Title 21, United States Code,

     Section 841(a)(1).

11

12       All in violation of Title 21, United States Code,

13   Section 843(b).

## Count 27
(Possession with Intent to Distribute Cocaine)

14

15       On or about April 27, 1996, at Seattle, within the Western

16   District of Washington, JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS

17   ESPARZA-SUAREZ, and FRANCISCO CONTRERAS GALVAN, a/k/a "EL PIN,"

18   knowingly and intentionally did possess, and aid and abet the

19   possession of, with intent to distribute cocaine, a narcotic

20   substance controlled under Schedule II, Title 21, United States

21   Code, Section 812.

22       The Grand Jury further charges that this offense involved

23   five hundred (500) grams or more of a mixture or substance

24   containing cocaine.

25

26

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1       All in violation of Title 21, United States Code, Sections

2   841(a)(1)(B), and Title 18, United States Code, Section 2.

3                         A TRUE BILL:

4                         DATED: *January 14, 1997*

5

6                         FOREPERSON

7

8

9

10  KATRINA C. PFLAUMER
    United States Attorney

11

12

13  FRANCIS J. DISKIN
    Assistant United States Attorney

14

15

16  SUZANNE C. HAYDEN
    Assistant United States Attorney

17

18

19  SUSAN B. DOHRMANN
    Assistant United States Attorney

20

21

22

23

24

25

26

27

28

THIRD SUPERSEDING INDICTMENT/MADRIZ ET AL. - 20
(DISCOS/062_3dSIND.SCH)

1

2

3

Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

4                    September 12        19 96

                                    BRUCE RIFKIN,    Clerk

5              By    Diane Boyd            Deputy

6

7              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
                     AT TACOMA

8

UNITED STATES OF AMERICA,         )
9                                  )
                 Plaintiff,        )    NO.  CR96-5296 FDB
10                                 )
            v.                     )
11                                 )    SECOND SUPERSEDING
                                   )    INDICTMENT
12  JOSE LUIS MADRIZ,              )
    a/k/a "CHELIS,"                )
13  MARIA BOBADILLA MADRIZ,        )
    JUAN CARLOS MADRIZ,            )
14  a/k/a JUAN CARLOS ESPARZA-SUAREZ, )
    CESAR MADRIZ,                  )
15  SALVADOR BIBIAN,               )
    a/k/a "PALATON,"               )
16  ALBINO MADRIZ-HERNANDEZ,       )
    SYLVIA MECINA-GARCIA,          )
17  FRANCISCO CONTRERAS GALVAN,    )
    a/k/a "EL PIN",                )
18  MARIA DE RAMOS CONTRERAS,      )
    JUAN GABRIEL JAVALERA-CAMACHO, )
19  a/k/a "EL TANGO",              )
    JORGE GONZALES CAMPOS,         )
20  FEDERICO HERNANDEZ-SANDOVAL,   )
    a/k/a "GUERO",                 )
21                                 )
                 Defendants.       )
22  _____)

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
            Deputy Clerk

23  The Grand Jury charges that:

24                      COUNT 1
        (Conspiracy to Distribute Controlled Substances)

25

        Beginning at a time unknown, but around April 1994, and
26

27  continuing through on or about May 3, 1996, within the Western

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

1    District of Washington and elsewhere, JOSE LUIS MADRIZ, a/k/a

2    "CHELIS," MARIA BOBADILLA MADRIZ, JUAN CARLOS MADRIZ, a/k/a JUAN

3    CARLOS ESPARZA-SUAREZ, CESAR MADRIZ, SALVADOR BIBIAN, a/k/a

4    "PALATON," ALBINO MADRIZ-HERNANDEZ, SYLVIA MECINA-GARCIA, FRANCISCO

5    CONTRERAS GALVAN, a/k/a "EL PIN," MARIA DE RAMOS CONTRERAS, JUAN

6    GABRIEL JAVALERA-CAMACHO, JORGE GONZALES CAMPOS and FEDERICO

7    HERNANDEZ-SANDOVAL, a/k/a "GUERO" knowingly and intentionally did

8    conspire with each other and with others known and unknown to

9    distribute controlled substances, to wit: methamphetamine, a

10   substance controlled under Schedule II, Title 21, United States

11   Code, Section 812; and heroin, a substance controlled under

12   Schedule I, Title 21, United States Code, Section 812.

13       The Grand Jury further charges that this offense involved one

14   thousand (1000) grams or more of a mixture or substance containing

15   methamphetamine, and one thousand (1,000) grams or more of a

16   mixture or substance containing heroin.

17       A.          **THE PARTICIPANTS IN THE ORGANIZATION**

18          The organization consisted of numerous individuals aligned

19   in various sub-groups all working toward the common objective of

20   distributing heroin and methamphetamine for financial gain.

21          1.   Albino Madriz-Hernandez controlled the flow of

22   narcotics from Michoacan, Mexico, to family members in the states

23   of Washington, California and elsewhere.

24          2.   Jose Luis Madriz, the son of Albino Madriz-Hernandez,

25   directed the distribution of narcotics in the United States upon

26   their receipt from Mexico and the return of cash proceeds to

27   Mexico.

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

3.  Maria Bobadilla Madriz, the wife of Jose Luis Madriz, assisted him in disseminating instructions and information between drug traffickers in Mexico and the United States.

4.  Juan Carlos Madriz, the half-brother of Jose Luis Madriz, distributed wholesale quantities of heroin, methamphetamine and cocaine in the state of Washington and elsewhere on behalf of the organization.

5.  Cesar Madriz, another son of Albino Madriz-Hernandez, lived in California and coordinated vehicles loaded with money and narcotics as they stopped between the State of Washington and Mexico.

6.  Salvador Bibian utilized his autobody shop to assist in concealing the cash proceeds from narcotics distribution in vehicles for transportation to Mexico.

7.  Sylvia Mecina-Garcia, the wife of Juan Carlos Madriz, assisted her husband in the storage and delivery of narcotics.

8.  Francisco Contreras Galvan was a distributor of narcotics who travelled between Mexico and Washington on behalf of the organization.

9.  Juan Gabriel Javalera-Camacho was a local distributor of narcotics on behalf of the organization.

10.  Jorge Gonzales Campos drove vehicles containing hidden compartments of cash from Washington to Mexico and drove vehicles containing multi-pounds of narcotics from Mexico to California on behalf of the organization.

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 3
(DISCOS/062_SIND.SCH)

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1      11.   Federico Hernandez-Sandoval was a cousin of Albino

2  Madriz-Hernandez who provided wholesale quantities of narcotics for

3  the organization to distribute in the state of Washington.

4      B.           **OBJECTIVES OF THE ORGANIZATION**

5      1.   The primary objective of the organization was to

6  transport loads of controlled substances from Mexico to the Western

7  District of Washington and elsewhere for financial gain.

8      2.   Another objective of the organization was the

9  distribution of controlled substances (heroin) throughout the

10 Western District of Washington and elsewhere for financial gain.

11      3.   Another objective of the organization was the

12 distribution of controlled substances (methamphetamine) throughout

13 the Western District of Washington and elsewhere for financial

14 gain.

15      C.           **METHODS AND MEANS**

16      1.   It was a part of the conspiracy that the participants

17 in the organization used pagers and telephones to facilitate their

18 narcotics distribution and used code words during their telephone

19 conversations to avoid detection by law enforcement.

20      2.   It was a part of the conspiracy that vehicles with

21 hidden compartments were used to conceal narcotics and cash

22 proceeds.

23      3.   It was a part of the conspiracy that heroin would be

24 molded into automobile engine parts as it was transported across

25 the United States to the Western District of Washington to avoid

26 detection by law enforcement.

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 4
(DISCOS/062_SIND.SCH)

1        4.  It was a part of the conspiracy to obtain fraudulent

2    identities from the Washington Department of Licensing in order to

3    avoid detection by law enforcement.

4        All in violation of Title 21, United States Code,

5    Sections 846, 841(a)(1), and 841(b)(1)(A).

6    <div align="center">COUNT 2<br>(Conspiracy to Import Controlled Substances)</div>

7        Beginning at a time unknown, but around April 1994, and

8    continuing through on or about May 3, 1996, within the Western

9    District of Washington and elsewhere, JOSE LUIS MADRIZ, a/k/a

10   "CHELIS," MARIA BOBADILLA MADRIZ, CESAR MADRIZ, SALVADOR BIBIAN,

11   a/k/a "PALATON," ALBINO MADRIZ-HERNANDEZ and JORGE GONZALES CAMPOS,

12   knowingly and intentionally did conspire with each other and with

13   others known and unknown to import controlled substances, to wit:

14   methamphetamine, a substance controlled under Schedule II,

15   Title 21, United States Code, Section 812; and heroin, a substance

16   controlled under Schedule I, Title 21, United States Code,

17   Section 812, from outside the United States to the Western District

18   of Washington and elsewhere.

19       The Grand Jury further charges that this offense involved one

20   thousand (1,000) grams or more of a mixture or substance containing

21   methamphetamine, and one thousand (1,000) grams or more of a

22   mixture or substance containing heroin.

23   A.       **THE PARTICIPANTS IN THE ORGANIZATION**

24       The organization consisted of numerous individuals aligned

25   in various sub-groups all working toward the common objective of

26   distributing heroin and methamphetamine for financial gain.

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 5
(DISCOS/062_SIND.SCH)

1        1. Albino Madriz-Hernandez controlled the flow of

2 narcotics from Michoacan, Mexico, to family members in the state of

3 Washington.

4        2. Jose Luis Madriz, the son of Albino Madriz-Hernandez,

5 directed the distribution of narcotics in the United States, upon

6 their receipt from Mexico.

7        3. Cesar Madriz, another son of Albino Madriz-Hernandez,

8 coordinated vehicles loaded with money and narcotics as they

9 stopped between the State of Washington and Mexico. He also

10 personally attempted to carry currency into Mexico, by strapping it

11 to his body.

12        4. Salvador Bibian assisted other participants in the

13 organization by preparing vehicles located at his autobody shop

14 business to conceal cash proceeds from the distribution of

15 narcotics for transportation from the United States to Mexico.

16        5. Jorge Gonzales Campos drove vehicles containing hidden

17 compartments of cash from Washington to Mexico and drove vehicles

18 containing multi-pounds of narcotics from Mexico to California on

19 behalf of the organization.

20     B.         **OBJECTIVES OF THE ORGANIZATION**

21        1. The primary objective of the organization was to bring

22 multiple kilograms of controlled substances from Mexico into the

23 United States for financial gain.

24        2. Another objective of the organization was to conceal

25 the cash proceeds obtained by the sale of the controlled substances

26 in the Western District of Washington and return the currency to

27 Mexico.

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. — 6
(DISCOS/062_SIND.SCH)

1    C.              **METHODS AND MEANS**

2         1.   It was a part of the conspiracy that the participants

3    of the organization used pagers and telephones to facilitate their

4    narcotics distribution and used code words during their telephone

5    conversations to avoid detection by law enforcement.

6         2.   It was a part of the conspiracy to use vehicles that

7    had hidden compartments to conceal their multi-kilogram controlled

8    substances.

9         3.   It was a part of the conspiracy that heroin would be

10   molded into automobile engine parts as it was transported across

11   the United States to the Western District of Washington.

12        4.   It was a part of the conspiracy to obtain fraudulent

13   identification from the Washington Department of Licensing in order

14   to avoid detection by law enforcement.

15        5. It was a part of the conspiracy to employ drivers to

16   drive vehicles loaded with controlled substances from Mexico to the

17   Western District of Washington through California.

18        6.   It was a part of the conspiracy to employ individuals

19   to transport the cash proceeds from narcotics' sales from the

20   Western District of Washington to Mexico.

21        All in violation of Title 21, United States Code, Sections 963,

22   952, and 960(b)(1)(A).

23                              **COUNT 3**
                         (Distribution of Amphetamine)

24

         On or about April 4, 1996, at Pierce County, within the Western
25
     District of Washington, JOSE LUIS MADRIZ and JUAN CARLOS MADRIZ
26
     intentionally did distribute, and aid and abet the distribution of,
27

28                                          UNITED STATES ATTORNEY
                                         3600 Seafirst Fifth Avenue Plaza
                                              800 Fifth Avenue
     SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 7    Seattle, Washington  98104
     (DISCOS/062_SIND.SCH)                              (206) 553-7970

1  amphetamine, a narcotic substance controlled under Schedule II,

2  Title 21, United States Code, Section 812.

3      The Grand Jury further charges that this offense involved one

4  thousand (1,000) grams or more of mixture or substance containing

5  amphetamine.

6      The Grand Jury further charges that this offense was committed

7  during and in furtherance of the conspiracy charged in Count 1,

8  above.

9      All in violation of Title 21, United States Code,

10  Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States

11  Code, Section 2.

12                          COUNT 4
                    (Possession with Intent to
13                    Distribute Amphetamine)

14      On or about April 21, 1996, at Spanaway, within the Western

15  District of Washington, JUAN CARLOS MADRIZ, SYLVIA MECINA-GARCIA,

16  and JUAN GABRIEL JAVALERA-CAMACHO, a/k/a "EL TANGO", knowingly and

17  intentionally did possess, and aid and abet the possession of, with

18  intent to distribute, amphetamine, a substance controlled under

19  Schedule II, Title 21, United States Code, Section 812.

20      The Grand Jury further charges that this offense involved one

21  hundred (100) grams or more of a mixture or substance containing

22  amphetamine.

23      The Grand Jury further charges that this offense was committed

24  during and in furtherance of the conspiracy charged in Count 1,

25  above.

26

27

28

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. — 8
(DISCOS/062_SIND.SCH)

1  All in violation of Title 21, United States Code,

2  Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States

3  Code, Section 2.

### COUNT 5
### (Possession with Intent
### to Distribute Heroin)

6  On or about April 21, 1996, at Seattle, within the Western

7  District of Washington, JOSE LUIS MADRIZ and FEDERICO HERNANDEZ-

8  SANDOVAL knowingly and intentionally did possess, and aid and abet

9  the possession of, with intent to distribute, heroin, a substance

10  controlled under Schedule I, Title 21, United States Code,

11  Section 812.

12  The Grand Jury further charges that this offense involved five

13  hundred (500) grams or more of a mixture or substance containing

14  heroin.

15  The Grand Jury further charges that this offense was committed

16  during and in furtherance of the conspiracy charged in Count 1,

17  above.

18  All in violation of Title 21, United States Code,

19  Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States

20  Code, Section 2.

### COUNT 6
### (Possession with Intent
### to Distribute Heroin)

23  On or about April 27, 1996, in King County, within the Western

24  District of Washington, JUAN CARLOS MADRIZ, FRANCISCO CONTRERAS

25  GALVAN, a/k/a "EL PIN", and MARIA DE RAMOS-CONTRERAS knowingly and

26  intentionally did possess, and aid and abet the possession of, with

27  intent to distribute, a mixture and substance

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 9
(DISCOS/062_SIND.SCH)

1  containing heroin, a narcotic substance controlled under Schedule

2  I, Title 21, United States Code, Section 812.

3      The Grand Jury further charges that this offense was committed

4  during and in furtherance of the conspiracy charged in Count 1,

5  above.

6      All in violation of Title 21, United States Code,

7  Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States

8  Code, Section 2.

<div align="center">

**COUNT 7**
(Possession with Intent
to Distribute Heroin)

</div>

9

10

11      On or about May 1, 1996, at Eatonville, within the Western

12  District of Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS", MARIA

13  BOBADILLA MADRIZ, JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-

14  SUAREZ, and SYLVIA MECINA-GARCIA knowingly and intentionally did

15  possess, and aid and abet the possession of, with intent to

16  distribute, a mixture and substance containing heroin, a narcotic

17  substance controlled under Schedule I, Title 21, United States

18  Code, Section 812.

19      The Grand Jury further charges that this offense involved one

20  thousand (1,000) grams or more of mixture or substance containing

21  heroin.

22      The Grand Jury further charges that this offense was committed

23  during and in furtherance of the conspiracy charged in Count 1,

24  above.

25      All in violation of Title 21, United States Code,

26  Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States

27  Code, Section 2.

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 10
(DISCOS/062_SIND.SCH)

COUNT 8
(Maintaining a Drug Establishment)

Between on or about February 1996 and May 1, 1996, in Pierce County, in the Western District of Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS", MARIA BOBADILLA MADRIZ, JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-SUAREZ, and SYLVIA MECINA-GARCIA did knowingly maintain and aid and abet the maintaining of a building at 8708 366th St. E., Eatonville, Washington, for the purpose of distributing controlled substances, that is, methamphetamine and heroin, controlled substances scheduled pursuant to Title 21 United States Code, Section 812.

The Grand Jury further charges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21 United States Code Section, 856(a)(1), and Title 18 United States Code, Section 2.

COUNT 9
(Use of Communication Facility)

On or about April 4, 1996, within the Western District of Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS", did knowingly and intentionally use a communication device, that is, the telephone, to facilitate a drug trafficking offense, to wit: conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, 841(a)(1); and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 11
(DISCOS/062_SIND.SCH)

1
<div align="center">COUNT 10</div>
<div align="center">(Use of Communication Facility)</div>

2

3
On or about April 4, 1996, within the Western District of

Washington, JOSE LUIS MADRIZ and JUAN CARLOS MADRIZ, a/k/a JUAN

4
CARLOS ESPARZA-SUAREZ, did knowingly and intentionally use a

5
communication device, that is, the telephone, to facilitate a drug

6
trafficking offense, to wit:  conspiracy to distribute controlled

7
substances, in violation of Title 21, United States Code,

8
Section 846, 841(a)(1); and distribution of controlled substances,

9
in violation of Title 21, United States Code, Section 841(a)(1).

10
All in violation of Title 21, United States Code,

11
Section 843(b).

12
<div align="center">COUNT 11</div>
13
<div align="center">(Use of Communication Facility)</div>

14
On or about April 9, 1996, within the Western District of

15
Washington, JOSE LUIS MADRIZ and ALBINO MADRIZ-HERNANDEZ did

16
knowingly and intentionally use a communication device, that is,

17
the telephone, to facilitate a drug trafficking offense, to wit:

18
conspiracy to distribute controlled substances, in violation of

19
Title 21, United States Code, Section 846, 841(a)(1); and

20
distribution of controlled substances, in violation of Title 21,

21
United States Code, Section 841(a)(1).

22
All in violation of Title 21, United States Code,

23
Section 843(b).

24
<div align="center">COUNT 12</div>
<div align="center">(Use of Communication Facility)</div>

25

26
On or about April 9, 1996, within the Western District of

Washington, JOSE LUIS MADRIZ and SALVADOR BIBIAN did knowingly and

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 12
(DISCOS/062_SIND.SCH)

1  intentionally use a communication device, that is, the telephone,

2  to facilitate a drug trafficking offense, to wit: conspiracy to

3  distribute controlled substances, in violation of Title 21,

4  United States Code, Section 846, 841(a)(1); and distribution of

5  controlled substances, in violation of Title 21, United States

6  Code, Section 841(a)(1).

7      All in violation of Title 21, United States Code,

8  Section 843(b).

9  <center>COUNT 13</center>
<center>(Use of Communication Facility)</center>

10

11      On or about April 9, 1996, within the Western District of

12  Washington, JOSE LUIS MADRIZ did knowingly and intentionally use a

13  communication device, that is, the telephone, to facilitate a drug

14  trafficking offense, to wit: conspiracy to distribute controlled

15  substances, in violation of Title 21, United States Code,

16  Section 846, 841(a)(1); and distribution of controlled substances,

17  in violation of Title 21, United States Code, Section 841(a)(1).

18      All in violation of Title 21, United States Code,

19  Section 843(b).

20  <center>COUNT 14</center>
<center>(Use of Communication Facility)</center>

21      On or about April 9, 1996, within the Western District of

22  Washington, JOSE LUIS MADRIZ and SALVADOR BIBIAN, a/k/a "PALATON",

23  did knowingly and intentionally use a communication device, that

24  is, the telephone, to facilitate a drug trafficking offense, to

25  wit: conspiracy to distribute controlled substances, in violation

26  of Title 21, United States Code, Section 846, 841(a)(1); and

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 13
(DISCOS/062_SIND.SCH)

1  distribution of controlled substances, in violation of Title 21,

2  United States Code, Section 841(a)(1).

3     All in violation of Title 21, United States Code,

4  Section 843(b).

<div align="center">

COUNT 15
(Use of Communication Facility)

</div>

5

6

7     On or about April 12, 1996, within the Western District of

Washington, JOSE LUIS MADRIZ and SALVADOR BIBIAN, a/k/a "PALATON",

8  did knowingly and intentionally use a communication device, that

9  is, the telephone, to facilitate a drug trafficking offense, to

10  wit: conspiracy to distribute controlled substances, in violation

11  of Title 21, United States Code, Section 846, 841(a)(1); and

12  distribution of controlled substances, in violation of Title 21,

13  United States Code, Section 841(a)(1).

14     All in violation of Title 21, United States Code,

15  Section 843(b).

16

<div align="center">

COUNT 16
(Use of Communication Facility)

</div>

17

18     On or about April 12, 1996, within the Western District of

19  Washington, JOSE LUIS MADRIZ did knowingly and intentionally use a

20  communication device, that is, the telephone, to facilitate a drug

21  trafficking offense, to wit: conspiracy to distribute controlled

22  substances, in violation of Title 21, United States Code,

23  Section 846, 841(a)(1); and distribution of controlled substances,

24  in violation of Title 21, United States Code, Section 841(a)(1).

25     All in violation of Title 21, United States Code,

26  Section 843(b).

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

COUNT 17
(Use of Communication Facility)

On or about April 13, 1996, within the Western District of Washington, JOSE LUIS MADRIZ and CESAR MADRIZ did knowingly and intentionally use a communication device, that is, the telephone, to facilitate a drug trafficking offense, to wit:  conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, 841(a)(1); and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 18
(Use of Communication Facility)

On or about April 18, 1996, within the Western District of Washington, JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-SUAREZ, and JUAN GABRIEL JAVALERA-CAMACHO, a/k/a "EL TANGO", did knowingly and intentionally use a communication device, that is, the telephone, to facilitate a drug trafficking offense, to wit: conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, 841(a)(1); and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. – 15
(DISCOS/062_SIND.SCH)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COUNT 19
(Use of Communication Facility)

On or about April 19, 1996, within the Western District of Washington, JOSE LUIS MADRIZ and FEDERICO HERNANDEZ-SANDOVAL did knowingly and intentionally use a communication device, that is, the telephone, to facilitate a drug trafficking offense, to wit: conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, 841(a)(1); and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 20
(Use of Communication Facility)

On or about April 19, 1996, within the Western District of Washington, JOSE LUIS MADRIZ did knowingly and intentionally use a communication device, that is, the telephone, to facilitate a drug trafficking offense, to wit: conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, 841(a)(1); and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

COUNT 21
(Use of Communication Facility)

On or about April 20, 1996, within the Western District of Washington, JOSE LUIS MADRIZ and FEDERICO HERNANDEZ-SANDOVAL did knowingly and intentionally use a communication

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 16
(DISCOS/062_SIND.SCH)

1 | device, that is, the telephone, to facilitate a drug trafficking

2 | offense, to wit: conspiracy to distribute controlled substances, in

3 | violation of Title 21, United States Code, Section 846, 841(a)(1);

4 | and distribution of controlled substances, in violation of

5 | Title 21, United States Code, Section 841(a)(1).

6 |     All in violation of Title 21, United States Code,

7 | Section 843(b).

8 | <div align="center">COUNT 22<br>(Use of Communication Facility)</div>

9 |

10 |     On or about April 21, 1996, within the Western District of

Washington, MARIA BOBADILLA MADRIZ did knowingly and intentionally

11 | use a communication device, that is, the telephone, to facilitate a

12 | drug trafficking offense, to wit:  conspiracy to distribute

13 | controlled substances, in violation of Title 21, United States

14 | Code, Section 846, 841(a)(1); and distribution of controlled

15 | substances, in violation of Title 21, United States Code,

16 | Section 841(a)(1).

17 |     All in violation of Title 21, United States Code,

18 | Section 843(b).

19 | <div align="center">COUNT 23<br>(Use of Communication Facility)</div>

20 |

21 |     On or about April 21, 1996, within the Western District of

22 | Washington, JUAN GABRIEL JAVELERA-CAMACHO, a/k/a "EL TANGO", and

23 | JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-SUAREZ, did knowingly

24 | and intentionally use a communication device, that is, the

25 | telephone, to facilitate a drug trafficking offense, to wit:

26 | conspiracy to distribute controlled substances, in violation of

27 | Title 21, United States Code, Section 846, 841(a)(1); and

28 |

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 17
(DISCOS/062_SIND.SCH)

1 | distribution of controlled substances, in violation of Title 21,

2 | United States Code, Section 841(a)(1).

3 |     All in violation of Title 21, United States Code,

4 | Section 843(b).

5 |                           COUNT 24
                    (Use of Communication Facility)

6 |

7 |     On or about April 22, 1996, within the Western District of

Washington, JUAN CARLOS MADRIZ, a/k/a JUAN CARLOS ESPARZA-SUAREZ,

8 | did knowingly and intentionally use a communication device, that

9 | is, the telephone, to facilitate a drug trafficking offense, to

10 | wit: conspiracy to distribute controlled substances, in violation

11 | of Title 21, United States Code, Section 846, 841(a)(1); and

12 | distribution of controlled substances, in violation of Title 21,

13 | United States Code, Section 841(a)(1).

14 |     All in violation of Title 21, United States Code,

15 | Section 843(b).

16 |                           COUNT 25
                    (Use of Communication Facility)

17 |

18 |     On or about April 22, 1996, within the Western District of

19 | Washington, JOSE LUIS MADRIZ did knowingly and intentionally use a

20 | communication device, that is, the telephone, to facilitate a drug

21 | trafficking offense, to wit: conspiracy to distribute controlled

22 | substances, in violation of Title 21, United States Code,

23 | Section 846, 841(a)(1); and distribution of controlled substances,

24 | in violation of Title 21, United States Code, Section 841(a)(1).

25 |     All in violation of Title 21, United States Code,

26 | Section 843(b).

27 |

28 |

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 18
(DISCOS/062_SIND.SCH)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<div align="center">

COUNT 26
(Use of Communication Facility)

</div>

On or about April 22, 1996, within the Western District of Washington, JOSE LUIS MADRIZ and FRANCISCO CONTRERAS GALVAN, a/k/a 'EL PIN", did knowingly and intentionally use a communication device, that is, the telephone, to facilitate a drug trafficking offense, to wit: conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, 841(a)(1); and distribution of controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 843(b).

<div align="center">

COUNT 27
(Use of Communication Facility)

</div>

On or about April 23, 1996, within the Western District of Washington, JOSE LUIS MADRIZ and FRANCISCO CONTRERAS GALVAN did knowingly and intentionally use a communication device, that is, the telephone, to facilitate a drug trafficking offense, to wit: conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, 841(a)(1); and distribution of controlled substances, in violation of Title 21,

///
///
///
///
///
///

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 19
(DISCOS/062_SIND.SCH)

1 │ United States Code, Section 841(a)(1).

2 │     All in violation of Title 21, United States Code,

3 │ Section 843(b).

4 │                     A TRUE BILL:

5 │                     DATED: *September 12, 1996*

6 │

7 │                     FOREPERSON

8 │

9 │

10 │

11 │ KATRINA C. PFLAUMER
   United States Attorney

12 │

13 │

14 │ FRANCIS J. DISKIN
   Assistant United States Attorney

15 │

16 │

17 │ SUZANNE C. HAYDEN
   Assistant United States Attorney

18 │

19 │

20 │ SUSAN B. DOHRMANN
   Assistant United States Attorney

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

SECOND SUPERSEDING INDICTMENT/MADRIZ ET AL. - 20
(DISCOS/062_SIND.SCH)

Presented to \ Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

Received From
SEATTLE                    *May 8*              19*96*
                                            BRUCE RIFKIN, Clerk
MAY - 9 1996
                          By *Diane Boyd*        Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )    NO.   CR96-5296 FDB
                                   )
          v.                       )
                                   )    SUPERSEDING INDICTMENT
JOSE LUIS MADRIZ,                  )
     a/k/a "CHELIS,"               )
MARIA BOBADILLA MADRIZ,            )
JUAN CARLOS ESPARZA-SUAREZ,        )
CESAR MADRIZ,                      )
SALVADOR BIBIAN,                   )
     a/k/a "PALATON,"              )
ALBINO MADRIZ-HERNANDEZ,           )
DIONICIO AGUILAR,                  )
REFUGIO REYNOSO-ROMERO,            )        CERTIFIED TRUE COPY
SYLVIA MECINA-GARCIA,              )        ATTEST: BRUCE RIFKIN
FRANCISCO CONTRERAS GALVAN,        )     Clerk, U.S. District Court
     a/k/a "EL PIN",               )     Western District of Washington
MARIA DE RAMOS CONTRERAS,          )     By _____
JUAN GABRIEL JAVALERA-CAMACHO,     )               Deputy Clerk
JORGE GONZALES CAMPOS,             )
                                   )
                    Defendants.    )
_____)

The Grand Jury charges that:

COUNT 1
(Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, but around April 1996, and

continuing through on or about May 3, 1996, within the Western

District of Washington and elsewhere, JOSE LUIS MADRIZ, a/k/a

"CHELIS," MARIA BOBADILLA MADRIZ, JUAN CARLOS ESPARZA-SUAREZ, CESAR

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1  MADRIZ, SALVADOR BIBIAN, a/k/a "PALATON," ALBINO MADRIZ-HERNANDEZ,

2  DIONICIO AGUILAR, REFUGIO REYNOSO-ROMERO, SYLVIA MECINA-GARCIA,

3  FRANCISCO CONTRERAS GALVAN, a/k/a "EL PIN," MARIA DE RAMOS

4  CONTRERAS, JUAN GABRIEL JAVALERA-CAMACHO, and JORGE GONZALES

5  CAMPOS, knowingly and intentionally did conspire with others known

6  and unknown to distribute controlled substances, to wit:

7  methamphetamine, a substance controlled under Schedule II,

8  Title 21, United States Code, Section 812; and heroin, a substance

9  controlled under Schedule I, Title 21, United States Code,

10  Section 812.

11      The Grand Jury further charges that this offense involved one

12  thousand (1,000) grams or more of a mixture or substance containing

13  methamphetamine, and one thousand (1,000) grams or more of a

14  mixture or substance containing heroin.

15      All in violation of Title 21, United States Code, Sections 846,

16  841(a)(1), and 841(b)(1)(A).

17

18                          COUNT 2
                    (Possession with Intent to
19                  Distribute Methamphetamine)

20      On or about April 4, 1996, at Pierce County, within the Western

21  District of Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," JUAN

22  CARLOS ESPARZA-SUAREZ, DIONICIO AGUILAR, and REFUGIO REYNOSO-ROMERO

23  knowingly and intentionally did possess, and aid and abet the

24  possession of, with intent to distribute, methamphetamine, a

25  narcotic substance controlled under Schedule II, Title 21,

26  United States Code, Section 812.

27

28
                                    UNITED STATES ATTORNEY
                                 3600 Seafirst Fifth Avenue Plaza
                                          800 Fifth Avenue
                                    Seattle, Washington  98104
SUPERSEDING INDICTMENT/MADRIZ ET AL. - 2        (206) 553-7970
(DISCOS/062_SIND.SCH/KMM)

1      The Grand Jury further charges that this offense involved one

2  thousand (1,000) grams or more of mixture or substance containing

3  methamphetamine.

4      The Grand Jury further charges that this offense was committed

5  during and in furtherance of the conspiracy charged in Count 1,

6  above.

7      All in violation of Title 21, United States Code,

8  Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States

9  Code, Section 2.

10

11  <div align="center">**COUNT 3**<br>(Possession with Intent to</div>

12  <div align="center">Distribute Methamphetamine)</div>

13      On or about April 21, 1996, at Spanaway, within the Western

14  District of Washington, JUAN CARLOS ESPARZA-SUAREZ, SYLVIA MECINA-

15  GARCIA, and JUAN GABRIEL JAVALERA-CAMACHO knowingly and

16  intentionally did possess, and aid and abet the possession of, with

17  intent to distribute, methamphetamine, a substance controlled under

18  Schedule II, Title 21, United States Code, Section 812.

19      The Grand Jury further charges that this offense involved one

20  hundred (100) grams or more of a mixture or substance containing

21  methamphetamine.

22      The Grand Jury further charges that this offense was committed

23  during and in furtherance of the conspiracy charged in Count 1,

24  above.

25      All in violation of Title 21, United States Code,

26  Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States

27  Code, Section 2.

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1                          COUNT 4
                      (Possession with Intent
2                      to Distribute Heroin)

3      On or about April 28, 1996, at King County, within the Western

4  District of Washington, JUAN CARLOS ESPARZA-SUAREZ, FRANCISCO

5  CONTRERAS GALVAN, and MARIA DE RAMOS-CONTRERAS knowingly and

6  intentionally did possess, and aid and abet the possession of, with

7  intent to distribute, a mixture and substance containing heroin, a

8  narcotic substance controlled under Schedule I, Title 21,

9  United States Code, Section 812.

10     The Grand Jury further charges that this offense was committed

11  during and in furtherance of the conspiracy charged in Count 1,

12  above.

13     All in violation of Title 21, United States Code,

14  Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States

15  Code, Section 2.

16

17                         COUNT 5
                      (Possession with Intent
18                     to Distribute Heroin)

19     On or about May 1, 1996, at Eatonville, within the Western

20  District of Washington, JOSE LUIS MADRIZ, MARIA BOBADILLA MADRIZ,

21  JUAN CARLOS ESPARZA-SUAREZ, and SYLVIA MECINA-GARCIA knowingly and

22  intentionally did possess, and aid and abet the possession of, with

23  intent to distribute, a mixture and substance containing heroin, a

24  narcotic substance controlled under Schedule I, Title 21,

25  United States Code, Section 812.

26

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

SUPERSEDING INDICTMENT/MADRIZ ET AL. - 4
(DISCOS/062_SIND.SCH/KMM)

1    The Grand Jury further charges that this offense involved one

2    thousand (1,000) grams or more of mixture or substance containing

3    heroin.

4    The Grand Jury further charges that this offense was committed

5    during and in furtherance of the conspiracy charged in Count 1,

6    above.

7    All in violation of Title 21, United States Code,

8    Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States

9    Code, Section 2.

10                          A TRUE BILL:

11                          DATED: *May 8, 1996*

12

13                          _Patricia J. Braun_
                            FOREPERSON

14

15

16    _Harry M. Cardy ASSA for_

17    KATRINA C. PFLAUMER
      United States Attorney

18

19    _Donald B. Whalley_

20 for FRANCIS J. DISKIN
      Assistant United States Attorney

21

22    _Suzanne C. Hayden_

23    SUZANNE C. HAYDEN
      Assistant United States Attorney

24

25

26

27

28                                          UNITED STATES ATTORNEY
                                            3600 Seafirst Fifth Avenue Plaza
                                            800 Fifth Avenue
                                            Seattle, Washington  98104
                                            (206) 553-7970

SUPERSEDING INDICTMENT/MADRIZ ET AL. - 5
(DISCOS/062_SIND.SCH/KMM)

Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

Received From
SEATTLE

APR 2 6 1996

April 24                    19 96
            BRUCE RIFKIN,  Clerk

By Diane Boyd           Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )    NO. CR96-5296
                                )                   FDB
         v.                     )
                                )    INDICTMENT
JOSE LUIS MADRIZ,               )
    a/k/a "CHELIS,"             )
MARIA BOBADILLA MADRIZ,         )
JUAN CARLOS ESPARZA-SUAREZ,     )
CESAR MADRIZ,                   )
SALVADOR BIBIAN,                )
    a/k/a "PALATON,"            )
DIONICIO AGUILAR,               )    CERTIFIED TRUE COPY
ALBINO MADRIZ-HERNANDEZ, and    )    ATTEST: BRUCE RIFKIN
REFUGIO REYNOSO-ROMERO,         )    Clerk, U.S. District Court
                                )    Western District of Washington
              Defendants.       )    By Diane Forbes
                                )              Deputy Clerk

The Grand Jury charges that:

COUNT 1
(Conspiracy to Distribute Methamphetamine)

Beginning at a time unknown, but around April 1, 1996, and

continuing through on or about the date of this Indictment, within

the Western District of Washington and elsewhere, JOSE LUIS MADRIZ,

a/k/a "CHELIS," MARIA BOBADILLA MADRIZ, JUAN CARLOS ESPARZA-SUAREZ,

SALVADOR BIBIAN, a/k/a "PALATON," ALBINO MADRIZ-HERNANDEZ, DIONICIO

AGUILAR, and REFUGIO REYNOSO-ROMERO, knowingly and intentionally

did conspire with others known and unknown to distribute

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington  98104
(206) 553-7970

1  methamphetamine, a substance controlled under Schedule II,

2  Title 21, United States Code, Section 812.

3      The Grand Jury further charges that this offense involved one

4  thousand (1,000) grams or more of a mixture or substance containing

5  methamphetamine.

6      All in violation of Title 21, United States Code, Sections 846,

7  841(a)(1), and 841(b)(1)(A).

8

9                          COUNT 2
                    (Possession of Methamphetamine
10                      with Intent to Distribute)

11     On or about April 4, 1996, at Pierce County, within the Western

12  District of Washington, JOSE LUIS MADRIZ, a/k/a "CHELIS," JUAN

13  CARLOS ESPARZA-SUAREZ, DIONICIO AGUILAR, and REFUGIO REYNOSO-ROMERO

14  knowingly and intentionally did possess, and aid and abet the

15  possession of, with intent to distribute, methamphetamine, a

16  narcotic substance controlled under Schedule II, Title 21,

17  United States Code, Section 812.

18     The Grand Jury further charges that this offense involved one

19  thousand (1,000) grams or more of mixture or substance containing

20  methamphetamine.

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27

28

UNITED STATES ATTORNEY
3600 Seafirst Fifth Avenue Plaza
800 Fifth Avenue
Seattle, Washington 98104
(206) 553-7970

1    The Grand Jury further charges that this offense was committed

2    during and in furtherance of the conspiracy charged in Count 1,

3    above.

4    All in violation of Title 21, United States Code,

5    Sections 841(a)(1) and 841, and Title 18, United States Code,

6    Section 2.

7

8                              A TRUE BILL:

9                              DATED: *April 24, 1996*

10

11                              _____
                                FOREPERSON

12

13

14

15    KATRINA C. PFLAUMER
      United States Attorney

16

17

18    FRANCIS J. DISKIN
      Assistant United States Attorney

19

20

21    SUZANNE C. HAYDEN
      Assistant United States Attorney

22

23

24

25

26

27

28

INDICTMENT/MADRIZ ET AL. - 3
(DISCOS/042IND.SCH/KMM)

APPEAL, CLOSED

# U.S. District Court
# United States District Court for the Western District of Washington (Tacoma)
# CRIMINAL DOCKET FOR CASE #: 3:96-cr-05296-FDB-1
# Internal Use Only

Case title: USA v. Madriz, et al

Date Filed: 04/24/1996
Date Terminated: 07/25/1997

Assigned to: Hon. Franklin D. Burgess

### Defendant

**Jose Luis Madriz** (1)
*Jose Luis Madriz*
*TERMINATED: 07/25/1997*
*also known as*
Chelis

represented by **Charles A. Johnston**
202 E 34TH
TACOMA, WA 98404
253-473-3090
Fax: FAX 1-253-473-6633
Email: cjohnston@lazareslaw.com
*TERMINATED: 07/25/1997*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Steve Emery Teich**
LAW OFFICE OF STEVE E TEICH
1390 MARKET ST
STE 703 FOX PLAZA
SAN FRANCISCO, CA 94102
415-864-5494
Fax: 415-864-5494
*TERMINATED: 07/25/1997*
*LEAD ATTORNEY*
*Designation: Retained*

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

### Pending Counts

21:864, 841A, 841B=CD.F
CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCES
(1sss)

### Disposition

168 mos incarceration; 60 mos
supervised release w/standard and
special conditions as addressed;
$100.00 penalty assessment; no fine

### Highest Offense Level (Opening)

Felony

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:841A=ND.F NARCOTICS - Conspiracy to Distribute Methamphetamine (1) | Dismissed |
| 21:841A=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES (1s) | Dismissed |
| 21:846, 21:841A=CD.F, 21:841B(1)(A) CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES (1ss) | Dismissed |
| 21:841A=NP.F NARCOTICS - Possession of Methamphetamine with Intent to Distribute (2) | Dismissed |
| 21:841A=CD.F POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (2s) | Dismissed |
| 21:963, 21:952A=CI.F & 950(b)(1)(A) CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES (2ss) | Dismissed |
| 21:963, 952A, 960B=CI.F CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES (2sss) | Dismissed |
| 21:841A & 841(b)(1)(A)=CD.F DISTRIBUTION OF CONTROLLED SUBSTANCE (Amphetamine) (3ss) | Dismissed |
| 21:841A, 841B=CD.F DISTRIBUTION OF AMPHETAMIN - CONTROLLED SUBSTANCE (3sss) | Dismissed |
| 21:841A=ND.F POSSESSION WITH INTENT TO DISTRIBUTE HEROIN (5s) | Dismissed |
| 21:841A & 841(b)(1)(B)=ND.F POSSESSION WITH INTENT TO DISTRIBUTE NARCOTICS (Heroin) | Dismissed |

(5ss)

21:841A, 841B=ND.F POSSESSION
WITH INTENT TO DISTRIBUTE
HEROIN - NARCOTICS
(5sss)                                           Dismissed

21:841A & 841(b)(1)(A)=ND.F
POSSESSION WITH INTENT TO
DISTRIBUTE NARCOTICS (Heroin)          Dismissed
(7ss)

21:841A, 841B=ND.F POSSESSION
WITH INTENT TO DISTRIBUTE
HEROIN - NARCOTICS                           Dismissed
(7sss)

21:856=CM.F MAINTAINING A
DRUG ESTABLISHMENT                         Dismissed
(8ss)

21:856=CM.F MAINTAINING A
DRUG ESTABLISHMENT                         Dismissed
(8sss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                 Dismissed
DISTR.
(9ss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                 Dismissed
DISTR.
(9sss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                 Dismissed
DISTR.
(10ss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                 Dismissed
DISTR.
(10sss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                 Dismissed
DISTR.
(11ss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -
DISTR.
(11sss)                                              Dismissed

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -
DISTR.
(12ss)                                               Dismissed

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -
DISTR.
(12sss)                                              Dismissed

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -
DISTR.
(13ss)                                               Dismissed

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -
DISTR.
(13sss)                                              Dismissed

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -
DISTR.
(14ss)                                               Dismissed

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -
DISTR.
(14sss-15sss)                                        Dismissed

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -
DISTR.
(15ss)                                               Dismissed

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -
DISTR.
(16ss)                                               Dismissed

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                    Dismissed
DISTR.
(16sss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                    Dismissed
DISTR.
(17ss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                    Dismissed
DISTR.
(17sss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                    Dismissed
DISTR.
(19ss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                    Dismissed
DISTR.
(19sss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                    Dismissed
DISTR.
(20ss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                    Dismissed
DISTR.
(20sss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                    Dismissed
DISTR.
(21ss)

21:843B=CD.F USE
COMMUNICATIONS FACILITY -
CONTROLLED SUBSTANCE -                    Dismissed
DISTR.
(21sss)

| | |
|---|---|
| 21:843B=CD.F USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (24sss) | Dismissed |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (25ss) | Dismissed |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (25sss-26sss) | Dismissed |
| 21:843B=CD.F USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (26ss-27ss) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                      **Disposition**

None

**Plaintiff**

**United States of America**            represented by   **Bruce F. Miyake**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: Bruce.Miyake@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**F. Jerome Diskin**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271

206-553-7970
Fax: FAX 553-2502
Email: Jackie.Masonic@usdoj.gov
*TERMINATED: 06/24/2002*
*LEAD ATTORNEY*

**Susan Blair Dohrmann**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: Susan.Dohrmann@usdoj.gov
*TERMINATED: 06/24/2002*
*LEAD ATTORNEY*

**Suzanne Hayden**
US ATTORNEY'S OFFICE
601 UNION ST
STE 5100
SEATTLE, WA 98101-3903
206-553-7970
Fax: FAX 553-0755
*TERMINATED: 06/24/2002*
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/24/1996 | 1 | INDICTMENT by USA F. Jerome Diskin, Suzanne Hayden. Counts filed against Jose Lius Madriz (1) count(s) 1, 2, Maria Bobadilla Madriz (2) count(s) 1, Juan Carlos Esparza-Suarez (3) count(s) 1, 2, Salvador Bibian (4) count(s) 1, Dionicio Aguilar (5) count(s) 1, 2, Albino Mardriz-Hernandez (6) count(s) 1, Refugio Reynoso-Romero (7) count(s) 1, 2 (dktclk) Modified on 05/13/1996 (Entered: 04/29/1996) |
| 04/24/1996 | | (Court only) Docket Modification (Utility Event) case sealed as to Seal 1, Sealed 2, Sealed 3, Sealed 4, Sealed 5, Sealed 6, Sealed 7 (dktclk) (Entered: 04/29/1996) |
| 04/24/1996 | 2 | ORDER DIRECTING ISSUANCE of Bench WARRANT for Jose Luis Madriz by Magistrate Judge David E. Wilson (iss.) (dktclk) Modified on 05/13/1996 (Entered: 04/29/1996) |
| 04/24/1996 | 5 | ORDER by Magistrate Judge David E. Wilson issuing bench warrant for D' Cesar Madriz - issd (cc: counsel, Judge) (dktclk) Modified on 05/13/1996 (Entered: 04/29/1996) |
| 04/29/1996 | 10 | MINUTE ORDER by Magistrate Judge David E. Wilson quashing arrest warrant for D' Cesar Madriz [5-1] (cc: counsel, Judge) (dktclk) Modified |

| | | |
|---|---|---|
| | | on 05/13/1996 (Entered: 04/29/1996) |
| 04/29/1996 | | (Court only) to Law Clerk Barbara W. Miener (dktclk) Modified on 05/13/1996 (Entered: 04/29/1996) |
| 04/30/1996 | | (Court only) Case Sealed (Utility Event) [ 2:96-m -155 ] (dktclk) (Entered: 05/01/1996) |
| 05/01/1996 | | (Court only) Case Sealed (Utility Event) [ 2:96-m -157 ] (dktclk) (Entered: 05/02/1996) |
| 05/01/1996 | | DEFENDANT Jose Luis Madriz arrested (TW) (Entered: 06/03/1996) |
| 05/01/1996 | | (Court only) Docket Modification (Utility Event) XF starte/stopped , X6 started/stopped for dfts Jose, Maria & Cesar Madriz (TW) (Entered: 06/11/1996) |
| 05/02/1996 | 11 | Arrest Warrant returned unexecuted for D' Cesar Madriz per Quash Order dated 4/29/96 (dktclk) Modified on 05/13/1996 (Entered: 05/08/1996) |
| 05/02/1996 | | (Court only) Case Unsealed (Utility Event) (dktclk) (Entered: 05/13/1996) |
| 05/02/1996 | 16 | ORDER by Magistrate Judge J. K. Arnold appointing Robert Gombiner as the Federal Public Defender (cc: counsel) (TW) (Entered: 05/13/1996) |
| 05/02/1996 | | (Court only) Case Sealed (Utility Event) [ 3:96-m -5055 ] (KAM) (Entered: 05/03/1996) |
| 05/02/1996 | | (Court only) Case Sealed (Utility Event) [ 3:96-m -5056 ] (KAM) (Entered: 05/03/1996) |
| 05/02/1996 | | (Court only) Docket Modification (Utility Event) first appearance of Jose Luis Madriz, Maria Bobadilla Madriz, Cesar Madriz on Attorney present; in Eastern District of CA (TW) (Entered: 06/11/1996) |
| 05/07/1996 | | (Court only) Docket Modification (Utility Event) ; pretrial conference set for 1:30 on 6/28/96 for Dionicio Aguilar, for Refugio Reynoso-Romero per minutes of 5/7/96 (TW) (Entered: 05/13/1996) |
| 05/07/1996 | 20 | MINUTES of Detention Hrg for Juan Carlos Esparza-Suarez: JKA, Dep Clerk Miller, AUSA S Dohrmann, Def Counsel Robert Gombiner, Tape # JKA161, USPT Joe Mendez, Intpr Isabel Rincon (sworn); D' present in custody; Court reviewed PSR prior to hrg; Govt recommends detention; FPD informs Court there is an immagration hold on Dft; Court enters detention order as to Juan Carlos Esparza-Suarez; Dft remanded [18-1] (TW) (Entered: 05/13/1996) |
| 05/07/1996 | 22 | MINUTES of Detention Hrg for D' Bibian : JKA, Dep Clerk K Miller, AUSA Susan Dohrmann, Def Counsel Tim Greene, Tape # JKA 161, USPT Joe Mendez, Intpr Isabel Rincon (sworn); D' present in custody; court reviewed PTS Report prior to hrg; Cnsl proffers as the release of his client; Govt recommends Order of Detention be signed as the burden of proof has not been met by the dft; Court enters detention order & sets bail review hearing set for 9:30 on 5/9/96 for Salvador Bibian per request |

| | | |
|---|---|---|
| | | of cnsl; Dft remanded. (TW) (Entered: 05/13/1996) |
| 05/07/1996 | | (Court only) Case Unsealed (Utility Event) [ 2:96-m -155 ] (dktclk) (Entered: 05/07/1996) |
| 05/07/1996 | 11 | MINUTES of Detention hearing of Contreras-Galvin : JLW, Dep Clerk Judy Nothern, AUSA Suzanne Hayden, Def Counsel Antonio Salazar, Tape # A-182/183, USPT Tracey White, Spanish Intpr Griselda Ruiz. Deft present in custody. PTS report admitted under seal. Both cnsl proffer. Deft ordered detained. [ 2:96-m -155 ] (dktclk) (Entered: 05/07/1996) |
| 05/07/1996 | 6 | MINUTES of DETENTION : JKA, Dep Clerk K Miller, AUSA Susan Dohrman, Def Counsel Zenon Olbertz, Tape # JKA 160 - 161, USPT Joe Mendez, Intpr Isabel Rincon. Court enters a Detention Order w/out prejudice. Dft REMANDED. (cc: Cnsl, USMO, PTS) [ 3:96-m -5054 ] (KAM) (Entered: 05/07/1996) |
| 05/07/1996 | | (Court only) Add Attorney (Utility Event) Susan Dohrmann on behalf of USA [ 3:96-m -5054 ] (KAM) (Entered: 05/07/1996) |
| 05/07/1996 | | (Court only) Docket Modification (Utility Event) GRANTING motion to detain by USA as to Sylvia Mecina-Garcia [4-1] [ 3:96-m -5054 ] (KAM) (Entered: 05/07/1996) |
| 05/08/1996 | | (Court only) Add Attorney (Utility Event) Susan Dohrmann on behalf of USA (dktclk) Modified on 05/13/1996 (Entered: 05/08/1996) |
| 05/08/1996 | 25 | SUPERSEDING indictment Jose Luis Madriz (1) count(s) 1s, 2s, 5s, Maria Bobadilla Madriz (2) count(s) 1s, 5s, Juan Carlos Esparza-Suarez (3) count(s) 1s, 2s, 3s, 4s, 5s, Salvador Bibian (4) count(s) 1s, Dionicio Aguilar (5) count(s) 1s, 2s, Albino Madriz-Hernandez (6) count(s) 1s, Refugio Reynoso-Romero (7) count(s) 1s, 2s, Cesar Madriz (8) count(s) 1, Sylvia Mecina-Garcia (9) count(s) 1, 3, 5, Francisco Contreras Galvan (10) count(s) 1, 4, Maria De Ramos-Contreras (11) count(s) 1, 4, Juan Gabriel Javalera-Camacho (12) count(s) 1, 3, Jorge Gonzales Campos (13) count(s) 1 (TW) (Entered: 05/14/1996) |
| 05/08/1996 | 26 | ORDER CONTINUING CONDITIONS of DETENTION by Magistrate Judge John L. Weinberg as to Jose Luis Madriz (TW) (Entered: 05/14/1996) |
| 05/09/1996 | | (Court only) Docket Modification (Utility Event) motion to detain by USA as to Dionicio Aguilar [43-1], motion to detain by USA as to Refugio Reynoso-Romero [42-1] terminated per minutes (41) (TW) (Entered: 05/23/1996) |
| 05/17/1996 | 60 | MINUTES of Bail Review for D' D. Aguillar : JKA, Dep Clerk K Miller, AUSA S Hayden, Def Counsel M Clark for T Balerud, Tape # JKA 164, USPT Joe Mendez, Intpr Steve Kimball (sworn); Dft present in custody; D' presented mtn, memorandum & order for release prior to hrg; Govt requests Court continue to detain dft Aguillar as he is not living legally; PTS addresses court; Court signs order for release of D' pending set up of |

| | | home monitoring by PRS; Dft remanded. (TW) (Entered: 06/03/1996) |
|---|---|---|
| 05/17/1996 | 63 | ORDER by Magistrate Judge J. K. Arnold GRANTING motion for release by defendant Dionicio Aguilar [61-1]; Dft is released per original appearance bond (cc: counsel, Judge) (TW) (Entered: 06/03/1996) |
| 05/21/1996 | | (Court only) Docket Modification (Utility Event) finding the motion for a bill of particulars by defendant Salvador Bibian [65-1] MOOT per bkm (dktclk) (Entered: 07/09/1996) |
| 05/23/1996 | | LODGED ORDER: re: motion for order allowing subst. of cnsl by defendant Maria De Ramos-Contreras [68-1] (TW) (Entered: 06/03/1996) |
| 05/24/1996 | 71 | JOINT MOTION to continue trial date & related matters by USA as dfts (TW) (Entered: 06/03/1996) |
| 05/24/1996 | 72 | AFFIDAVIT of Susan B Dorhmann regarding joint motion to continue trial date & related matters by USA as dfts [71-1] (TW) (Entered: 06/03/1996) |
| 05/24/1996 | | LODGED ORDER: re: motion to continue trial date & related matters by USA as dfts [71-1] (TW) (Entered: 06/03/1996) |
| 05/28/1996 | 74 | Arrest Warrant returned executed as to Jose Luis Madriz 5/1/96 (TW) (Entered: 06/03/1996) |
| 05/29/1996 | | PROPOSED Appl to Appear Pro Hac Vice on behalf of Cesar Madriz by Jesse Garcia (TW) (Entered: 06/03/1996) |
| 05/29/1996 | 77 | MINUTES of Initial Arraignment & Detention for Dfts Jose Madriz, Maria Bobadilla Madriz, Cesar Madriz : JKA, Dep Clerk K Miller, AUSA S Hayden, Def Counsel C Johnston/W Fricke/T Campbell, Tape # JKA 165-166, USPT J Mendez/Diane McLuen , Intpr Isabel Rincon (Sworn); Dft Jose & Cesar Madriz present in custody; Dft Maria Madriz present at liberty; first appearance of Jose Luis Madriz, Maria Bobadilla Madriz, Cesar Madriz , Attorney Charles A. Johnston, Wayne Clark Fricke, Thomas Alexander Campbell present; Dfts advised of rights/ charges; dft Jose Luis Madriz, Maria Bobadilla Madriz, Cesar Madriz arraigned; NOT GUILTY to Indictment plea entered ; jury trial set for 9:00 on 7/8/96 for Jose Luis Madriz, for Maria Bobadilla Madriz, for Cesar Madriz ; pretrial conference set for 1:30 on 6/28/96 for Jose Luis Madriz, for Maria Bobadilla Madriz, for Cesar Madriz ; pretrial motions ddl 6/19/96 for Jose Luis Madriz, for Maria Bobadilla Madriz, for Cesar Madriz ; Atty Garcia (CA) filed pro hac on behalf of Cesar Madriz, T Campbell consents to be local counsel; Court reviews fin afdt of Maria & Jose Madriz, appts cnsl; Court reviews PTS report filed under seal; Govt proffers to cont. detention of all dfts; Court orders detention of Dfts Cesar & Jose Madriz; Fricke asks court to honor $100,000 property bond for his dft; Court enters detention order for Maria Madriz subject to review; detention hearing set for 1:30 on 5/4/96 for Maria Bobadilla Madriz ; Dfts remanded. (TW) (Entered: 06/05/1996) |

| 05/29/1996 | 78 | DETENTION ORDER of Jose Luis Madriz pending Trial by Magistrate Judge J. K. Arnold (cc: counsel, Mag. Judge, PTS, Jgm. Bk.) (TW) (Entered: 06/05/1996) |
| 05/29/1996 | 81 | FINANCIAL AFFIDAVIT as to Jose Luis Madriz (TW) (Entered: 06/05/1996) |
| 05/29/1996 | 82 | CJA Form 20 (Appointment of Counsel)for Jose Luis Madriz ; appointing Charles A Johnston (TW) (Entered: 06/05/1996) |
| 05/29/1996 | 85 | ORDER by Judge Franklin D. Burgess GRANTING joint motion to continue trial date & related matters by USA & dfts to betters serve the ends of justice[71-1] ; pretrial motions ddl extended to 7/31/96; Govt to respond to mtns no later than 8/23/96; trial briefs, jury instr, mtn in limine due 10/17/96; pretrial conference rescheduled to 10:30 on 10/25/96; jury trial reset to 9:00 on 11/4/96; the period from 5/29/96 to 11/4/96 is excludable time (XT) (cc: counsel, Judge) (TW) (Entered: 06/11/1996) |
| 05/29/1996 | 86 | MINUTE ORDER by Magistrate Judge J. K. Arnold GRANTING motion to modify conditions of release by defendant Salvador Bibian [56-1]; See order for details (cc: counsel, Judge) (TW) (Entered: 06/11/1996) |
| 06/03/1996 | 76 | ORDER by Janet R. Thornton allowing atty Jesse J Garcia to appear on behalf of Dft Cesar Madriz (cc: counsel, Judge) (TW) (Entered: 06/05/1996) |
| 06/03/1996 | 87 | RULE 40 Documents received from Eastern Dist of CA at Sacramen as to Jose Luis Madriz, Maria Bobadilla Madriz, Cesar Madriz: a) Docket Sheet b) Commitment to Another District for D' Jose Madriz c) Commitment to Another District for D' Cesar Madriz d) Commitment to Another District for D' Maria Madriz e) Detention Order for D' Jose Madriz f) Detention Order for D' Cesar Madriz g) Minutes of Detention Hrg for Jose & Cesar Madriz on 5/21/96 h) Mtn for Bail for D' Jose Madriz i) Mtn for Bail for D' Cesar Madriz j) CJA20 apt for D' Maria Madriz k) CJA20 apt for D' Jose Madriz l) Fin Afdt for D' Maria Madriz m) Minutes of Hrg for Jose & Cesar Madriz on 5/13/96 n) Minutes of Hrg for Maria Madriz on 5/8/96 o) Ltr by Atty re D' Maria Madriz p) Minutes of Hrg for Jose & Cesar Madriz on 5/6/96 q) Fin Afdt for Cesar Madriz r) Minutes re Jose, Maria & Cesar Madriz on 5/2/96 (TW) (Entered: 06/11/1996) |
| 06/04/1996 | 89 | TRANSCRIPT of detention hearing (copy from ED of CA) FILED by atty (MW) (Entered: 06/11/1996) |
| 06/04/1996 | 94 | AFFIDAVIT of Thomas A Balerud regarding motion allowing attendance at Bates for by defendant Dionicio Aguilar [93-1] (TW) (Entered: 06/11/1996) |
| 06/04/1996 |  | LODGED ORDER: re: motion allowing attendance at Bates for by defendant Dionicio Aguilar [93-1] (TW) (Entered: 06/11/1996) |

| 06/04/1996 | 95 | MOTION to shorten time on motion allowing attendance at Bates for by defendant Dionicio Aguilar [93-1] NOTED FOR 6/7/96 (TW) (Entered: 06/11/1996) |
|---|---|---|
| 06/04/1996 | | LODGED ORDER: re: motion to shorten time on motion allowing attendance at Bates for by defendant Dionicio Aguilar [93-1] [95-1] (TW) (Entered: 06/11/1996) |
| 06/04/1996 | 96 | ORDER by Magistrate Judge J. K. Arnold STRIKING motion for order allowing subst. of cnsl by defendant Maria De Ramos-Contreras [68-1] per request of Atty Trejo (cc: counsel, Judge) (TW) (Entered: 06/11/1996) |
| 06/07/1996 | 90 | TRANSCRIPT of proceedings for the following date(s): 5/9/96 (from ED of CA) (MW) (Entered: 06/11/1996) |
| 06/12/1996 | | (Court only) Docket Modification (Utility Event) REFERRING to Magistrate Judge J. K. Arnold the motion to shorten time on motion allowing attendance at Bates for by defendant Dionicio Aguilar [93-1] [95-1], REFERRING to Magistrate Judge J. K. Arnold the motion allowing attendance at Bates for by defendant Dionicio Aguilar [93-1] (KM) (Entered: 06/12/1996) |
| 06/13/1996 | 109 | TRANSCRIPT of proceedings for the following date(s): 5/21/96 (MW) (Entered: 06/17/1996) |
| 06/14/1996 | | PROPOSED Application for P Schnayerson to appear on behalf of Cesar Madriz (TW) (Entered: 06/17/1996) |
| 06/14/1996 | | PROPOSED Appl for J Mockus to appear on behalf of Cesar Madriz (TW) (Entered: 06/17/1996) |
| 06/17/1996 | 112 | ORDER by Janet R. Thornton granting Joseph Mockus permission to appear on behalf of D' Cesar Madriz (cc: counsel, Judge) (TW) (Entered: 06/18/1996) |
| 06/17/1996 | 113 | ORDER by Janet R. Thornton granting Philip A Schnayerson permission to appear on behalf of D' Cesar Madriz (cc: counsel, Judge) (TW) (Entered: 06/18/1996) |
| 06/18/1996 | 114 | ORDER by Magistrate Judge J. K. Arnold terming motion to shorten time on motion allowing attendance at Bates for by defendant Dionicio Aguilar [93-1] [95-1], GRANTING motion allowing attendance at Bates for by defendant Dionicio Aguilar while on home detention monitoring subject to furnishing PTS proof of enrollemnt & class schedule [93-1] (cc: counsel, Judge) (TW) (Entered: 06/18/1996) |
| 06/19/1996 | | LODGED ORDER for Steve Teich to appear on behalf of Jose Madriz (TW) (Entered: 06/20/1996) |
| 06/21/1996 | 115 | ORDER by Janet R. Thornton allowing Steve Teich to appear on behalf of Jose Madriz (cc: counsel, Judge) (TW) (Entered: 06/21/1996) |
| 06/21/1996 | | (Court only) Add Attorney (Utility Event) (TW) (Entered: 06/21/1996) |

| 06/28/1996 | 121 | MINUTE ORDER by Judge Franklin D. Burgess ; sentencing hearing scheduled for 9:00 11/22/96 for Dionicio Aguilar; and setting briefing schedules (cc: counsel, Judge) (KM) (Entered: 06/28/1996) |
|---|---|---|
| 06/28/1996 | 122 | MINUTE ORDER by Judge Franklin D. Burgess ; sentencing hearing scheduled for 9:30 11/22/96 for Refugio Reynoso-Romero and setting briefing schedule (cc: counsel, Judge) (KM) (Entered: 06/28/1996) |
| 07/03/1996 | 124 | AFFIDAVIT of Erik L Bauer regarding motion allowing attendance at a vocational school by defendant Refugio Reynoso-Romero [123-1] (TW) (Entered: 07/05/1996) |
| 07/03/1996 | | LODGED ORDER: re: motion allowing attendance at a vocational school by defendant Refugio Reynoso-Romero [123-1] (TW) (Entered: 07/05/1996) |
| 07/10/1996 | 125 | ORDER by Judge Franklin D. Burgess GRANTING motion allowing attendance at a vocational school by defendant Refugio Reynoso-Romero [123-1] (cc: counsel, Judge) (dktclk) (Entered: 07/11/1996) |
| 07/10/1996 | 126 | RESPONSE by plaintiff USA to motion allowing attendance at a vocational school by defendant Refugio Reynoso-Romero [123-1] (dktclk) (Entered: 07/12/1996) |
| 07/12/1996 | | LODGED ORDER: re: motion to substitute attorney Glenn Carpenter in place of Thomas A. Cena Jr. by defendant Jorge Gonzales Campos [128-1] (KM) (Entered: 07/17/1996) |
| 07/18/1996 | 131 | AFFIDAVIT of Thomas A Balerud regarding motion for termination of electronic monitoring by defendant Dionicio Aguilar [130-1] (dktclk) (Entered: 07/23/1996) |
| 07/18/1996 | | LODGED ORDER: re: motion for termination of electronic monitoring by defendant Dionicio Aguilar [130-1] (dktclk) (Entered: 07/23/1996) |
| 07/18/1996 | 132 | MOTION to shorten time on motion for termination of electronic monitoring by defendant Dionicio Aguilar [130-1] NOTED FOR 7/23/96 (document not signed) (dktclk) (Entered: 07/23/1996) |
| 07/18/1996 | | LODGED ORDER: re: motion to shorten time on motion for termination of electronic monitoring by defendant Dionicio Aguilar [130-1] [132-1] (dktclk) (Entered: 07/23/1996) |
| 07/23/1996 | 133 | ORDER by Judge Franklin D. Burgess GRANTING motion to shorten time on motion for termination of electronic monitoring by defendant Dionicio Aguilar [130-1] [132-1], NOTED FOR 7/23/96 motion for termination of electronic monitoring by defendant Dionicio Aguilar [130-1] (cc: counsel, Judge) (dktclk) (Entered: 07/24/1996) |
| 07/23/1996 | 134 | ORDER by Judge Franklin D. Burgess GRANTING motion for termination of electronic monitoring by defendant Dionicio Aguilar [130-1] at the direction of pretrial services (cc: counsel, Judge) (dktclk) (Entered: 07/24/1996) |

| 07/23/1996 | 135 | ORDER by Judge Franklin D. Burgess GRANTING motion to substitute attorney Glenn Carpenter in place of Thomas A. Cena Jr. by defendant Jorge Gonzales Campos [128-1] (cc: counsel, Judge) (dktclk) (Entered: 07/24/1996) |
| 07/23/1996 | 136 | RESPONSE by plaintiff USA re: motion for termination of electronic monitoring by defendant Dionicio Aguilar [130-1] (dktclk) (Entered: 07/25/1996) |
| 07/31/1996 | 137 | SECOND JOINT MOTION to continue trial dates and related matters as to Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Salvador Bibian, Dionicio Aguilar, Albino Madriz-Hernandez, Refugio Reynoso-Romero, Cesar Madriz, Sylvia Mecina-Garcia, Francisco Contreras Galvan, Maria De Ramos-Contreras, Juan Gabriel Javalera-Camacho, Jorge Gonzales Campos (KM) (Entered: 08/01/1996) |
| 07/31/1996 | 138 | AFFIDAVIT of Susan B. Dohrman regarding motion to continue trial dates and related matters as to Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Salvador Bibian, Dionicio Aguilar, Albino Madriz-Hernandez, Refugio Reynoso-Romero, Cesar Madriz, Sylvia Mecina-Garcia, Francisco Contreras Galvan, Maria De Ramos-Contreras, Juan Gabriel Javalera-Camacho, Jorge Gonzales Campos [137-1] (KM) (Entered: 08/01/1996) |
| 07/31/1996 | | LODGED ORDER: re: motion to continue trial dates and related matters as to Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Salvador Bibian, Dionicio Aguilar, Albino Madriz-Hernandez, Refugio Reynoso-Romero, Cesar Madriz, Sylvia Mecina-Garcia, Francisco Contreras Galvan, Maria De Ramos-Contreras, Juan Gabriel Javalera-Camacho, Jorge Gonzales Campos [137-1] (KM) (Entered: 08/01/1996) |
| 08/01/1996 | 139 | ORDER by Judge Franklin D. Burgess that the ends of justice are better served by GRANTING the motion to continue trial dates and related matters as to Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Salvador Bibian, Dionicio Aguilar, Albino Madriz-Hernandez, Refugio Reynoso-Romero, Cesar Madriz, Sylvia Mecina-Garcia, Francisco Contreras Galvan, Maria De Ramos-Contreras, Juan Gabriel Javalera-Camacho, Jorge Gonzales Campos [137-1] ; jury trial continued to 9:00 on 2/3/97 ; pretrial motions ddl extended to 9/30/96 for dfts; Govt to respond to mtns by 10/18/96; dfts to reply by 10/25/96; XT started/stopped (cc: counsel, Judge) (dktclk) (Entered: 08/05/1996) |
| 08/06/1996 | 141 | MINUTE ORDER by Judge Franklin D. Burgess ; pretrial conference continued to 9:00 1/24/97 for Jose Luis Madriz, for Maria Bobadilla Madriz, for Juan Carlos Esparza-Suarez, for Salvador Bibian, for Albino Madriz-Hernandez, for Cesar Madriz, for Sylvia Mecina-Garcia, for Francisco Contreras Galvan, for Maria De Ramos-Contreras, for Juan Gabriel Javalera-Camacho, for Jorge Gonzales Campos (cc: counsel, |

| | | Judge) (KM) (Entered: 08/06/1996) |
|---|---|---|
| 08/06/1996 | 143 | MOTION to shorten time on motion allowing electronic monitoring for by defendant Refugio Reynoso-Romero [142-1] NOTED FOR 8/8/96 (dktclk) (Entered: 08/07/1996) |
| 08/06/1996 | 144 | AFFIDAVIT of Erik L Bauer regarding motion allowing electronic monitoring for by defendant Refugio Reynoso-Romero [142-1] (dktclk) (Entered: 08/07/1996) |
| 08/06/1996 | | LODGED ORDER: re: motion allowing electronic monitoring for by defendant Refugio Reynoso-Romero [142-1] (dktclk) (Entered: 08/07/1996) |
| 08/07/1996 | 145 | ORDER by Judge Franklin D. Burgess GRANTING motion to shorten time on motion allowing electronic monitoring for by defendant Refugio Reynoso-Romero [142-1] [143-1], RENOTED FOR 8/8/96 motion allowing electronic monitoring for by defendant Refugio Reynoso-Romero [142-1] (cc: counsel, Judge) (dktclk) (Entered: 08/07/1996) |
| 08/08/1996 | 146 | ORDER by Judge Franklin D. Burgess GRANTING motion terminating electronic monitoring for defendant Refugio Reynoso-Romero [142-1] at the direction of PTS (cc: counsel, Judge) (dktclk) (Entered: 08/08/1996) |
| 08/12/1996 | 147 | MOTION for an order to require voice exemplars by USA as to Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Cesar Madriz, Salvador Bibian, Dionicio Aguilar, Refugio Reynoso-Romero, Sylvia Mecina-Garcia, Francisco Contreras Galvan, Jorge Gonzales Campos NOTED FOR 8/23/96 (dktclk) (Entered: 08/13/1996) |
| 08/12/1996 | | LODGED ORDER: re: motion for an order to require voice exemplars by USA as to Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Cesar Madriz, Salvador Bibian, Dionicio Aguilar, Refugio Reynoso-Romero, Sylvia Mecina-Garcia, Francisco Contreras Galvan, Jorge Gonzales Campos [147-1] (dktclk) (Entered: 08/13/1996) |
| 08/23/1996 | | LODGED ORDER: re: notice [150-1] (dktclk) (Entered: 08/29/1996) |
| 08/30/1996 | 152 | ORDER by Judge Franklin D. Burgess GRANTING motion for an order to require voice exemplars by USA as to Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Cesar Madriz, Salvador Bibian, Dionicio Aguilar, Refugio Reynoso-Romero, Sylvia Mecina-Garcia, Francisco Contreras Galvan, Jorge Gonzales Campos [147-1] (cc: counsel, Judge) (dktclk) (Entered: 09/03/1996) |
| 09/03/1996 | 153 | RESPONSE by plaintiff USA re: motion for a bill of particulars by defendant Salvador Bibian [65-1] (dktclk) (Entered: 09/05/1996) |
| 09/06/1996 | 155 | MOTION to shorten time on motion for substitution of counsel by defendant Sylvia Mecina-Garcia [154-1] NOTED FOR 9/13/96 (dktclk) (Entered: 09/10/1996) |

| 09/06/1996 | | LODGED ORDER: re: motion to shorten time on motion for substitution of counsel by defendant Sylvia Mecina-Garcia [154-1] [155-1] (dktclk) (Entered: 09/10/1996) |
| --- | --- | --- |
| 09/10/1996 | 156 | ORDER by Judge Franklin D. Burgess DENYING mtn for a bill of particulars by Salvador Bibian (cc: counsel, Judge) (dktclk) (Entered: 09/11/1996) |
| 09/12/1996 | 157 | RESPONSE by plaintiff USA to motion to shorten time on motion for substitution of counsel by defendant Sylvia Mecina-Garcia [154-1] [155-1], motion for substitution of counsel by defendant Sylvia Mecina-Garcia [154-1] (dktclk) (Entered: 09/13/1996) |
| 09/12/1996 | 159 | SECOND SUPERSEDING indictment Jose Luis Madriz (1) count(s) 1ss, 2ss, 3ss, 5ss, 7ss, 8ss, 9ss, 10ss, 11ss, 12ss, 13ss, 14ss, 15ss, 16ss, 17ss, 19ss, 20ss, 21ss, 25ss, 26ss-27ss, Maria Bobadilla Madriz (2) count(s) 1ss, 2ss, 7ss, 8ss, 22ss, Juan Carlos Esparza-Suarez (3) count(s) 1ss, 3ss, 4ss, 6ss, 7ss, 8ss, 10ss, 18ss, 23ss, 24ss, Salvador Bibian (4) count(s) 1ss, 2ss, 12ss, 14ss, 15ss, Albino Madriz-Hernandez (6) count(s) 1ss, 2ss, 11ss, Cesar Madriz (8) count(s) 1s, 2s, 17s, Sylvia Mecina-Garcia (9) count(s) 1s, 4s, 7s, 8s, Francisco Contreras Galvan (10) count(s) 1s, 6s, 26s-27s, Maria De Ramos-Contreras (11) count(s) 1s, 6s, Juan Gabriel Javalera-Camacho (12) count(s) 1s, 4s, 18s, 23s, Jorge Gonzales Campos (13) count(s) 1s, 2s, Federico Hernandez-Sandoval (14) count(s) 1, 5, 19, 21 (dktclk) (Entered: 09/26/1996) |
| 09/12/1996 | 160 | ORDER CONTINUING CONDITIONS of DETENTION by Magistrate Judge John L. Weinberg as to Jose Luis Madriz (dktclk) (Entered: 09/26/1996) |
| 09/18/1996 | 158 | ORDER by Judge Franklin D. Burgess GRANTING motion to shorten time on motion for substitution of counsel by defendant Sylvia Mecina-Garcia [154-1] [155-1], RENOTED FOR 9/18/96 motion for substitution of counsel by defendant Sylvia Mecina-Garcia [154-1] (cc: counsel, Judge) (dktclk) (Entered: 09/23/1996) |
| 09/18/1996 | 172 | ORDER by Judge Franklin D. Burgess GRANTING motion for substitution of counsel by defendant Sylvia Mecina-Garcia [154-1]; Zenon Olberts is allowed to w/draw & Ron Ness is substituted (cc: counsel, Judge) (dktclk) (Entered: 09/26/1996) |
| 09/23/1996 | 173 | NOTICE by plaintiff USA of Intent to Use Dfts' stmts (dktclk) (Entered: 09/26/1996) |
| 09/25/1996 | 175 | NOTICE by plaintiff USA to Court & Cnsl concerning pretrial mtns (dktclk) (Entered: 09/26/1996) |
| 09/25/1996 | 176 | NOTICE OF HEARING: arraignment on second superseding indictment set for 1:30 on 10/11/96 for Jose Luis Madriz, for Maria Bobadilla Madriz, for Juan Carlos Esparza-Suarez, for Salvador Bibian, for Albino Madriz-Hernandez, for Cesar Madriz, for Sylvia Mecina-Garcia, for |

| | | |
|---|---|---|
| | | Francisco Contreras Galvan, for Maria De Ramos-Contreras, for Juan Gabriel Javalera-Camacho, for Jorge Gonzales Campos, for Federico Hernandez-Sandoval before JKA (cc: all counsel) (dktclk) (Entered: 09/26/1996) |
| 09/26/1996 | | (Court only) Docket Modification (Utility Event) GRANTING motion for substitution of counsel by defendant Sylvia Mecina-Garcia [154-1] (KM) (Entered: 09/26/1996) |
| 10/01/1996 | 181 | MOTION for discovery by defendant Jose Luis Madriz NOTED FOR 10/11/96 (TW) (Entered: 10/02/1996) |
| 10/01/1996 | 182 | MEMORANDUM by defendant Jose Luis Madriz in support of motion for discovery by defendant Jose Luis Madriz [181-1] (TW) (Entered: 10/02/1996) |
| 10/03/1996 | 185 | RESPONSE/OPPOSITION by defendant Jose Luis Madriz re: govt's notice concerning pretrial mtns [175-1] (TW) (Entered: 10/04/1996) |
| 10/09/1996 | 188 | MOTION to shorten time on motion for bail by defendant Cesar Madriz [186-1] NOTED FOR 10/11/96 (TW) (Entered: 10/10/1996) |
| 10/09/1996 | | LODGED ORDER: re: motion to shorten time on motion for bail by defendant Cesar Madriz [186-1] [188-1] (TW) (Entered: 10/10/1996) |
| 10/11/1996 | 191 | MINUTES of Arraignment on Second Superseding Indictment for Jose Madriz (in custody), Mari Madriz (in custody), Juan Madriz (in custody), Cesar Madriz (in custody), Salvador Bibian (on bond), Francisco Galvan (in custody) : JKA, Dep Clerk K Miller, AUSA Susan Dohrmann, Def Counsel C Johnston, S Teich, W Fricke, Vito de la Cruz, T Campbell, J Garcia, T Greene, A Salazar, Tape # JKA 210-211, USPT Joe Mendez, Intpr Isabel Rincon & Steve Kimball; all dfts present w/ cnsl; Interpreters sworn; Court informed USM accidently brought in D' Francisco Contreras who is not a party to the case; Court asks atty Antonio Salazar if arraignment may be set over ; arraignment set over to 1:30 on 10/18/96 for Francisco Contreras Galvan ; Dfts have a copy of charging document, waive reading & are advised of charges ; dft Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Cesar Madriz, Salvador Bibian arraigned; NOT GUILTY TO SECOND SUPERSEDING INDICTMENT plea entered; ; jury trial scheduled for 9:00 on 2/3/97 ; pretrial conference scheduled for 9:00 on 1/24/97 ; pretrial motions due by 11/8/96 ; Attys S Teich, W Fricke, V Cruz, J Garcia collectively object to the established pretrial mtns cutoff, lack of provided discovery by the Govt & lack of specificity in the 2nd Superseding Indictment; Govt informs Court that co-cnsl will be back in the office next week & they will contact all cnsl to formulate stipulated cut-off dates; Atty J Garcia proffers as to his opposition of Govt's ntc concerning pretrial mtns; Court informs cnsl that it will not consider this issue as Judge Burgess has not referred it to him; Court GRANTS motion to shorten time on motion for bail by defendant Cesar Madriz [186-1] [188-1]; Govt indicates that cnsl has not overcome the burden of proof & asks court to continue detention; Court |

| | | DENIES motion for bail by defendant Cesar Madriz [186-1] & cont. detention; D's remanded. (TW) (Entered: 10/17/1996) |
|---|---|---|
| 10/11/1996 | 192 | ORDER by Magistrate Judge J. K. Arnold GRANTING motion to shorten time on motion for bail by defendant Cesar Madriz [186-1] [188-1] (cc: counsel, Judge) (TW) (Entered: 10/17/1996) |
| 10/15/1996 | 193 | RESPONSE by plaintiff USA to motion for discovery by defendant Jose Luis Madriz [181-1] (TW) (Entered: 10/17/1996) |
| 10/16/1996 | 194 | CERTIFICATION of Compliance w/ CR 48(i) by Steve Teich atty for Jose Luis Madriz (TW) (Entered: 10/17/1996) |
| 10/17/1996 | 195 | ORDER by Judge Franklin D. Burgess finding the motion for discovery by defendant Jose Luis Madriz [181-1] MOOT. (cc: counsel, Judge) (TW) (Entered: 10/17/1996) |
| 10/17/1996 | 196 | MINUTE ORDER by Judge Franklin D. Burgess ; sentencing hearing reset to 9:00 3/14/97 for Dionicio Aguilar (cc: counsel, Judge) (KM) (Entered: 10/17/1996) |
| 10/17/1996 | 197 | MINUTE ORDER by Judge Franklin D. Burgess ; sentencing hearing reset to 9:30 3/14/97 for Refugio Reynoso-Romero (cc: counsel, Judge) (KM) (Entered: 10/17/1996) |
| 10/17/1996 | | (Court only) Docket Modification (Utility Event) motion to sever by defendant Maria Bobadilla Madriz [177-1] termed per ntc of w/draw of doc (TW) (Entered: 12/05/1996) |
| 10/24/1996 | | LODGED ORDER: re: motion authorizing services to transcribe wire tap tapes for by defendant Maria Bobadilla Madriz [201-1] (TW) (Entered: 10/28/1996) |
| 10/24/1996 | 202 | MOTION & AFFIDAVIT to shorten time on motion authorizing services to transcribe wire tap tapes for by defendant Maria Bobadilla Madriz [201-1] NOTED FOR 10/28/96 (TW) (Entered: 10/28/1996) |
| 10/24/1996 | | LODGED ORDER: re: motion to shorten time on motion authorizing services to transcribe wire tap tapes for by defendant Maria Bobadilla Madriz [201-1] [202-1] (TW) (Entered: 10/28/1996) |
| 10/29/1996 | 203 | ORDER by Judge Franklin D. Burgess GRANTING motion to shorten time on motion authorizing services to transcribe wire tap tapes for by defendant Maria Bobadilla Madriz [201-1] [202-1], DENYING motion authorizing services to transcribe wire tap tapes for by defendant Maria Bobadilla Madriz [201-1] (cc: counsel, Judge) (TW) (Entered: 10/29/1996) |
| 11/14/1996 | 208 | THIRD JOINT MOTION to continue trial and related dates by USA as to Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Salvador Bibian, Albino Madriz-Hernandez, Cesar Madriz, Sylvia Mecina-Garcia, Francisco Contreras Galvan, Maria De Ramos-Contreras, Jorge Gonzales Campos, Federico Hernandez-Sandoval (KM) (Entered: |

| | | 11/14/1996) |
|---|---|---|
| 11/14/1996 | 209 | AFFIDAVIT of Vito De La Cruz regarding motion to continue trial and related dates by USA as to Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Salvador Bibian, Albino Madriz-Hernandez, Cesar Madriz, Sylvia Mecina-Garcia, Francisco Contreras Galvan, Maria De Ramos-Contreras, Jorge Gonzales Campos, Federico Hernandez-Sandoval [208-1] (KM) (Entered: 11/14/1996) |
| 11/14/1996 | | LODGED ORDER: re: motion to continue trial and related dates by USA as to Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Salvador Bibian, Albino Madriz-Hernandez, Cesar Madriz, Sylvia Mecina-Garcia, Francisco Contreras Galvan, Maria De Ramos-Contreras, Jorge Gonzales Campos, Federico Hernandez-Sandoval [208-1] (KM) (Entered: 11/14/1996) |
| 11/14/1996 | 210 | AFFIDAVIT OF SERVICE of motion to continue trial and related dates; [208-1], of affidavit [209-1], of order lodged [0-0] (KM) (Entered: 11/14/1996) |
| 11/15/1996 | 211 | ORDER by Judge Franklin D. Burgess GRANTING motion to continue trial and related dates by USA as to Jose Luis Madriz, Maria Bobadilla Madriz, Juan Carlos Esparza-Suarez, Salvador Bibian, Albino Madriz-Hernandez, Cesar Madriz, Sylvia Mecina-Garcia, Francisco Contreras Galvan, Maria De Ramos-Contreras, Jorge Gonzales Campos, Federico Hernandez-Sandoval [208-1] ; pretrial motions ddl extended to 12/15/96 for dfts; Govt shall respond to any pretrial mtns no later than 1/20/97; jury trial continued to 9:00 on 3/17/97 for dfts; all dfts shall file waivers of speedy trial no later than 12/6/96; the ends of justice are served by the continuace; the time from 11/21 to 3/17 is excludable speedy trial time (cc: counsel, Judge) (TW) (Entered: 11/15/1996) |
| 11/15/1996 | | (Court only) Docket Modification (Utility Event) old ddls termed (TW) (Entered: 11/15/1996) |
| 11/19/1996 | 212 | MINUTE ORDER by Judge Franklin D. Burgess per order continuing trial date the pretrial conference is continued to 9:00 on 3/7/97; all cnsl & their client shall attend; Cnsl to file by 2/27/97, trial brief, Exh list, Wit list, Proposed Jury Inst/Verdict form (cc: counsel, Judge) (TW) (Entered: 11/19/1996) |
| 12/03/1996 | 216 | ORDER for sentencing procedure by Judge Franklin D. Burgess ; sentencing hearing set for 9:00 on 2/28/97 for Maria Bobadilla Madriz (cc: counsel, Judge) (TW) (Entered: 12/04/1996) |
| 12/04/1996 | 218 | AFFIDAVIT of Timothy M Greene regarding motion allowing termination of electronic monitoring by defendant Salvador Bibian [217-1] (TW) (Entered: 12/04/1996) |
| 12/04/1996 | | LODGED ORDER: re: motion allowing termination of electronic monitoring by defendant Salvador Bibian [217-1] (TW) (Entered: 12/04/1996) |

| 12/04/1996 | | (Court only) Docket Modification (Utility Event) REFERRING to Magistrate Judge J. K. Arnold the motion allowing termination of electronic monitoring by defendant Salvador Bibian [217-1] (TW) (Entered: 12/04/1996) |
| --- | --- | --- |
| 12/06/1996 | 219 | ORDER by Judge Franklin D. Burgess GRANTING motion allowing termination of electronic monitoring by defendant Salvador Bibian [217-1] (cc: counsel, Judge) (TW) (Entered: 12/06/1996) |
| 12/10/1996 | 223 | ORDER by Judge Franklin D. Burgess for sentencing procedure ; sentencing hearing set for 9:30 on 2/28/97 for Jorge Gonzales Campos (cc: counsel, Judge) (TW) (Entered: 12/10/1996) |
| 12/16/1996 | 225 | NOTICE OF MOTION & MOTION for revelation of informant by defendant Jose Luis Madriz NOTED FOR 12/27/96 (TW) (Entered: 12/18/1996) |
| 12/16/1996 | 226 | DECLARATION of Counsel by defendant Jose Luis Madriz re motion for revelation of informant by defendant Jose Luis Madriz [225-1] (TW) (Entered: 12/18/1996) |
| 12/16/1996 | 227 | MOTION to sever by defendant Jose Luis Madriz NOTED FOR 12/27/96 (TW) (Entered: 12/18/1996) |
| 12/16/1996 | 228 | DECLARATION of Counsel by defendant Jose Luis Madriz re motion to sever by defendant Jose Luis Madriz [227-1] (TW) (Entered: 12/18/1996) |
| 12/16/1996 | 229 | NOTICE & MOTION by defendant Jose Luis Madriz to dismiss counts 1&2 of superseding indictment NOTED FOR 12/27/96 (TW) (Entered: 12/18/1996) |
| 12/16/1996 | 230 | DECLARATION of Counsel by defendant Jose Luis Madriz re motion by defendant Jose Luis Madriz to dismiss counts 1&2 of superseding indictment [229-1] (TW) (Entered: 12/18/1996) |
| 12/16/1996 | 231 | NOTICE & MOTION for discovery & certificationn by defendant Jose Luis Madriz NOTED FOR 12/27/96 (TW) (Entered: 12/18/1996) |
| 12/16/1996 | 232 | DECLARATION of Counsel by defendant re motion for discovery & certificationn by defendant Jose Luis Madriz [231-1] (TW) (Entered: 12/18/1996) |
| 12/16/1996 | 233 | NOTICE & MOTION for a bill of particulars by defendant Jose Luis Madriz NOTED FOR 12/27/96 (TW) (Entered: 12/18/1996) |
| 12/16/1996 | 234 | DECLARATION of Counsel by defendant Jose Luis Madriz re motion for a bill of particulars by defendant Jose Luis Madriz [233-1] (TW) (Entered: 12/18/1996) |
| 12/16/1996 | 242 | CERTIFICATION of Compliance w/ CR 48(i) by D' Salvador Bibian (TW) (Entered: 12/18/1996) |
| 12/17/1996 | 249 | AFFIDAVIT of Counsel regarding motion to reserve filing of mtns by defendant Cesar Madriz [247-1] (TW) (Entered: 12/18/1996) |

| 12/21/1996 | 253 | NOTICE by defendant Jose Luis Madriz that the following is NOTED FOR 12/27/96 motion for revelation of informant by defendant Jose Luis Madriz (TW) (Entered: 12/30/1996) |
|---|---|---|
| 12/21/1996 | | LODGED ORDER: re: motion for revelation of informant by defendant Jose Luis Madriz [225-1] (TW) (Entered: 12/30/1996) |
| 12/21/1996 | 254 | NOTICE by defendant Jose Madriz that the following is NOTED FOR 12/27/96 motion to sever by defendant Jose Luis Madriz (TW) (Entered: 12/30/1996) |
| 12/21/1996 | | LODGED ORDER: re: motion to sever by defendant Jose Luis Madriz [227-1] (TW) (Entered: 12/30/1996) |
| 12/21/1996 | 255 | NOTICE by defendant Jose Luis Madriz that the following is NOTED FOR 12/27/96 motion by defendant Jose Luis Madriz to dismiss counts 1&2 of superseding indictment (TW) (Entered: 12/30/1996) |
| 12/21/1996 | | LODGED ORDER: re: motion by defendant Jose Luis Madriz to dismiss counts 1&2 of superseding indictment [229-1] (TW) (Entered: 12/30/1996) |
| 12/21/1996 | 256 | NOTICE by defendant Jose Luis Madriz that the following is NOTED FOR 12/27/96 motion for discovery & certificationn by defendant Jose Luis Madriz (TW) (Entered: 12/30/1996) |
| 12/21/1996 | | LODGED ORDER: re: motion for discovery & certificationn by defendant Jose Luis Madriz [231-1] (TW) (Entered: 12/30/1996) |
| 12/21/1996 | 257 | NOTICE by defendant Jose Luis Madriz that the following is NOTED FOR 12/27/96 motion for a bill of particulars by defendant Jose Luis Madriz (TW) (Entered: 12/30/1996) |
| 12/21/1996 | | LODGED ORDER: re: motion for a bill of particulars by defendant Jose Luis Madriz [233-1] (TW) (Entered: 12/30/1996) |
| 12/23/1996 | 258 | REQUEST by defendant Jose Luis Madriz to file declaration under seal (TW) (Entered: 12/30/1996) |
| 12/23/1996 | 259 | DECLARATION of Counsel by defendant Jose Luis Madriz of request to file declaration under seal [258-1] (TW) (Entered: 12/30/1996) |
| 12/23/1996 | 260 | DECLARATION by defendant Jose Luis Madriz **FILED UNDER SEAL** (TW) (Entered: 12/30/1996) |
| 12/26/1996 | | LODGED ORDER: re: motion to sever by defendant Salvador Bibian [239-1] (TW) (Entered: 12/30/1996) |
| 12/26/1996 | | LODGED ORDER: re: motion to reserve of enlargement time for addtl mtns by defendant Salvador Bibian [241-1] (TW) (Entered: 12/30/1996) |
| 12/26/1996 | | LODGED ORDER: re: motion for joinder in dfts other mtns by defendant Salvador Bibian [240-1] (TW) (Entered: 12/30/1996) |

03/21/2008 3:10 PM

| 12/26/1996 | | LODGED ORDER: re: motion for a bill of particulars by defendant Salvador Bibian [237-1] (TW) (Entered: 12/30/1996) |
|---|---|---|
| 12/26/1996 | | LODGED ORDER: re: motion for additional discovery by defendant Salvador Bibian [235-1] (TW) (Entered: 12/30/1996) |
| 12/30/1996 | | LODGED ORDER: re: motion to suppress evid derived from illegal electronic monitoring; request for judicial ntc & Franks Evid. Hrg by defendant Cesar Madriz [264-1] (TW) (Entered: 12/31/1996) |
| 12/30/1996 | | LODGED ORDER: re: motion to suppress stmts by defendant Cesar Madriz [266-1] (TW) (Entered: 12/31/1996) |
| 12/30/1996 | | LODGED ORDER: re: motion for a bill of particulars by defendant Cesar Madriz [268-1] (TW) (Entered: 12/31/1996) |
| 12/30/1996 | | LODGED ORDER: re: motion to sever by defendant Cesar Madriz [271-1] (TW) (Entered: 12/31/1996) |
| 12/30/1996 | 276 | AFFIDAVIT of Counsel regarding motion to reserve enlargement of time for filing of mtns by defendant Cesar Madriz [274-1] (TW) (Entered: 12/31/1996) |
| 12/30/1996 | | LODGED ORDER: re: motion to reserve enlargement of time for filing of mtns by defendant Cesar Madriz [274-1] (TW) (Entered: 12/31/1996) |
| 12/30/1996 | 277 | MOTION to shorten time on motion to reserve enlargement of time for filing of mtns by defendant Cesar Madriz [274-1], motion to sever by defendant Cesar Madriz [271-1], motion for a bill of particulars by defendant Cesar Madriz [268-1], motion to suppress stmts by defendant Cesar Madriz [266-1], motion to suppress evid derived from illegal electronic monitoring; request for judicial ntc & Franks Evid. Hrg by defendant Cesar Madriz [264-1] NOTED FOR 1/2/97 (TW) (Entered: 12/31/1996) |
| 12/30/1996 | | LODGED ORDER: re: motion to shorten time on motion to reserve enlargement of time for filing of mtns by defendant Cesar Madriz [274-1], motion to sever by defendant Cesar Madriz [271-1], motion for a bill of particulars by defendant Cesar Madriz [268-1], motion to suppress stmts by defendant Cesar Madriz [266-1], motion to suppress evid derived from illegal electronic monitoring; request for judicial ntc & Franks Evid. Hrg by defendant Cesar Madriz [264-1] [277-1] (TW) (Entered: 12/31/1996) |
| 12/30/1996 | 279 | CERTIFICATION of Compliance w/ CR 48(I) by D' Cesar Madriz's atty Jesse J. Garcia (TW) (Entered: 12/31/1996) |
| 01/06/1997 | 280 | MTN to join Co-dfts pretrial mtn by D' Jose Madriz NOTED FOR 1/17/97 (CAR) (Entered: 01/06/1997) |
| 01/06/1997 | 281 | DECLARATION of Counsel in support of motion to join Co-dfts pretrial mtn by D' Jose Madriz [280-1] (CAR) (Entered: 01/06/1997) |

| 01/06/1997 | | LODGED ORDER re: motion to join Co-dfts pretrial mtn by D' Jose Madriz [280-1] (CAR) (Entered: 01/06/1997) |
| 01/06/1997 | 282 | AFFIDAVIT OF SERVICE by defendant Jose Luis Madriz of motion to join Co-dfts pretrial mtn by D' Jose Madriz [280-1], of declaration [281-1], of order lodged [0-0] (CAR) (Entered: 01/06/1997) |
| 01/10/1997 | 283 | ORDER by Judge Franklin D. Burgess STRIKING as moot motion to shorten time on motion to reserve enlargement of time for filing of mtns by defendant Cesar Madriz [274-1], motion to sever by defendant Cesar Madriz [271-1], motion for a bill of particulars by defendant Cesar Madriz [268-1], motion to suppress stmts by defendant Cesar Madriz [266-1], motion to suppress evid derived from illegal electronic monitoring; request for judicial ntc & Franks Evid. Hrg by defendant Cesar Madriz [264-1] [277-1], STRIKING as moot motion to reserve enlargement of time for filing of mtns by defendant Cesar Madriz [274-1] (cc: counsel, Judge) (TW) (Entered: 01/13/1997) |
| 01/13/1997 | | LODGED ORDER: re: motion to join Co-dfts pretrial mtn by D' Jose Madriz [280-1] (TW) (Entered: 01/13/1997) |
| 01/14/1997 | 284 | SUPERSEDING indictment Jose Luis Madriz (1) count(s) 1sss, 2sss, 3sss, 5sss, 7sss, 8sss, 9sss, 10sss, 11sss, 12sss, 13sss, 14sss-15sss, 16sss, 17sss, 19sss, 20sss, 21sss, 24sss, 25sss-26sss, Maria Bobadilla Madriz (2) count(s) 7sss, Juan Carlos Esparza-Suarez (3) count(s) 1sss, 3sss, 4sss, 6sss, 7sss, 8sss, 10sss, 18sss, 22sss, 23sss, 27sss, Salvador Bibian (4) count(s) 1sss, 2sss, 12sss, 14sss-15sss, Albino Madriz-Hernandez (6) count(s) 1sss, 2sss, 11sss, Cesar Madriz (8) count(s) 1ss, 2ss, 17ss, Sylvia Mecina-Garcia (9) count(s) 1ss, 4ss, 7ss, 8ss, Francisco Contreras Galvan (10) count(s) 1ss, 6ss, 25ss-26ss, 27ss, Maria De Ramos-Contreras (11) count(s) 1ss, 6ss, Juan Gabriel Javalera-Camacho (12) count(s) 1ss, 4ss, 18ss, 22ss, Federico Hernandez-Sandoval (14) count(s) 1s, 5s, 19s, 21s (TW) (Entered: 01/22/1997) |
| 01/14/1997 | 285 | ORDER CONTINUING CONDITIONS of DETENTION by Magistrate Judge Philip K. Sweigert as to Jose Luis Madriz (TW) (Entered: 01/22/1997) |
| 01/21/1997 | | (Court only) Docket Modification (Utility Event) NOTED FOR 1/20/97 motion to join Co-dfts pretrial mtn by D' Jose Madriz [280-1], NOTED FOR 1/20/97 motion to sever by defendant Cesar Madriz [271-1], NOTED FOR 1/20/97 motion for a bill of particulars by defendant Cesar Madriz [268-1], NOTED FOR 1/20/97 motion to suppress stmts by defendant Cesar Madriz [266-1], NOTED FOR 1/20/97 motion to suppress evid derived from illegal electronic monitoring; request for judicial ntc & Franks Evid. Hrg by defendant Cesar Madriz [264-1], NOTED FOR 1/20/97 motion for joinder in by defendant Juan Carlos Esparza-Suarez [262-1], NOTED FOR 1/20/97 motion to suppress evidence, request for judicial ntc & Franks Evid Hrg by defendant Cesar Madriz [250-1], NOTED FOR 1/20/97 motion to reserve filing of mtns by |

| | | |
|---|---|---|
| | | defendant Cesar Madriz [247-1], NOTED FOR 1/20/97 motion for a bill of particulars by defendant Cesar Madriz [244-1], NOTED FOR 1/20/97 motion to reserve of enlargement time for addtl mtns by defendant Salvador Bibian [241-1], NOTED FOR 1/20/97 motion for joinder in dfts other mtns by defendant Salvador Bibian [240-1], NOTED FOR 1/20/97 motion to sever by defendant Salvador Bibian [239-1], NOTED FOR 1/20/97 motion for a bill of particulars by defendant Salvador Bibian [237-1], NOTED FOR 1/20/97 motion for additional discovery by defendant Salvador Bibian [235-1], NOTED FOR 1/20/97 motion for a bill of particulars by defendant Jose Luis Madriz [233-1], NOTED FOR 1/20/97 motion for discovery & certificationn by defendant Jose Luis Madriz [231-1], NOTED FOR 1/20/97 motion by defendant Jose Luis Madriz to dismiss counts 1&2 of superseding indictment [229-1], NOTED FOR 1/20/97 motion to sever by defendant Jose Luis Madriz [227-1], NOTED FOR 1/20/97 motion for revelation of informant by defendant Jose Luis Madriz [225-1], NOTED FOR 1/20/97 motion to suppress evid. by dft Maria Contreras - Evid Hrg Req [180-1], NOTED FOR 1/20/97 motion to sever by defendant Maria De Ramos-Contreras [179-1] at the request of L/C Miener (TW) (Entered: 01/21/1997) |
| 01/21/1997 | | LODGED ORDER for dismissal of Dft Maria Madriz (TW) (Entered: 01/24/1997) |
| 01/24/1997 | 298 | OMINBUS RESPONSE & OBJECTIONS by plaintiff to all motions to sever by defendants [271-1] [239-1] [227-1] [179-1] (TW) (Entered: 01/29/1997) |
| 01/24/1997 | 299 | RESPONSE by plaintiff to dfts' motions for a bill of particulars [268-1] [244-1] [237-1] [233-1] (TW) (Entered: 01/29/1997) |
| 01/24/1997 | 300 | RESPONSE by plaintiff to motion by defendant Jose Luis Madriz to dismiss counts 1&2 of superseding indictment [229-1] (TW) (Entered: 01/29/1997) |
| 01/27/1997 | 301 | RESPONSE & OBJECTION by plaintiff to all dfts' motions to suppress evidence [266-1] [264-1] [250-1] [180-1] (TW) (Entered: 01/29/1997) |
| 01/27/1997 | 302 | RESPONSE by plaintiff to motion for revelation of informant by defendant Jose Luis Madriz [225-1] (TW) (Entered: 01/29/1997) |
| 01/28/1997 | 303 | RESPONSE & OBJECTIONS by plaintiff to dfts' motion for additional discovery [235-1] [231-1] (TW) (Entered: 01/30/1997) |
| 02/11/1997 | 307 | RESPONSE/OBJECTION by plaintiff USA to Jose Madriz's mtn to suppress (TW) (Entered: 02/18/1997) |
| 02/18/1997 | 314 | OBJECTION/RESPONSE by plaintiff to motion to suppress stmts by defendant Cesar Madriz [266-1] (TW) (Entered: 02/20/1997) |
| 02/19/1997 | 308 | ORDER by Judge Franklin D. Burgess DENYING motion by defendant Jose Luis Madriz & joining dfts to dismiss counts 1&2 of superseding indictment [229-1] (cc: counsel, Judge) (TW) (Entered: 02/19/1997) |

| 02/19/1997 | 309 | ORDER by Judge Franklin D. Burgess DENYING motion to sever by defendant Cesar Madriz [271-1], DENYING motion to sever by defendant Salvador Bibian [239-1], DENYING motion to sever by defendant Jose Luis Madriz [227-1], DENYING motion to sever by defendant Maria De Ramos-Contreras [179-1]; DENYING Juan Carlos Madriz's mtn for severance by joinder (cc: counsel, Judge) (TW) (Entered: 02/19/1997) |
|---|---|---|
| 02/19/1997 | 310 | ORDER by Judge Franklin D. Burgess the motion for additional discovery by defendant Salvador Bibian is moot in part & denied in part [235-1], the motion for discovery & certificationn by defendant Jose Luis Madriz is moot in part & denied in part [231-1]; the mtns as joined by Juan Carlos Madriz are moot in part & denied in part (cc: counsel, Judge) (TW) (Entered: 02/19/1997) |
| 02/19/1997 | 311 | ORDER by Judge Franklin D. Burgess DENYING motion for a bill of particulars by defendant Cesar Madriz [268-1], [244-1], DENYING motion for a bill of particulars by defendant Salvador Bibian [237-1], DENYING motion for a bill of particulars by defendant Jose Luis Madriz [233-1] & denying mtn for bill of particulars for joining parties Juan Carlos Madriz & Sylvia Mecina-Garcia (cc: counsel, Judge) (TW) (Entered: 02/19/1997) |
| 02/19/1997 | 312 | ORDER by Judge Franklin D. Burgess DENYING motion to suppress evid derived from illegal electronic monitoring; request for judicial ntc & Franks Evid. Hrg by defendant Cesar Madriz [264-1] [250-1], including all dfts joining in the mtn (cc: counsel, Judge) (TW) (Entered: 02/19/1997) |
| 02/19/1997 | | (Court only) Docket Modification (Utility Event) motion for joinder in co-dfts' pretrial mtns by defendant Sylvia Mecina-Garcia [295-1], motion to join Co-dfts pretrial mtn by D' Jose Madriz [280-1], motion for joinder in by defendant Juan Carlos Esparza-Suarez [262-1], motion for joinder in dfts other mtns by defendant Salvador Bibian [240-1] terminated per orders entered 2/19/97 (TW) (Entered: 02/20/1997) |
| 02/20/1997 | 313 | ORDER by Judge Franklin D. Burgess DENYING motion to reserve of enlargement time for addtl mtns by defendant Salvador Bibian [241-1] (cc: counsel, Judge) (TW) (Entered: 02/20/1997) |
| 02/20/1997 | | (Court only) Docket Modification (Utility Event) DENYING motion to reserve filing of mtns by defendant Cesar Madriz [247-1] (TW) (Entered: 03/06/1997) |
| 02/21/1997 | 315 | ORDER by Judge Franklin D. Burgess GRANTING motion for revelation of informant by defendant Jose Luis Madriz; the remainder of the mtn is MOOT to the extent that the requested information is Jenks, Brady, & Giglio material, & is DENIED otherwise [225-1] (cc: counsel, Judge) (TW) (Entered: 02/21/1997) |
| 02/24/1997 | 317 | OBJECTIONS/RESPONSE by plaintiff USA to motion to suppress stmts by D' Juan Carlos Madriz; O.A. REQUESTED [304-1] (EC) (Entered: |

| | | |
|---|---|---|
| | | 02/25/1997) |
| 02/26/1997 | 320 | ORDER by Judge Franklin D. Burgess AFFIRMING the Court's order denying mtns for severance, including that of Jose Luis Madriz (cc: counsel, Judge) (TW) (Entered: 02/26/1997) |
| 02/26/1997 | 322 | REPLY by defendant Jose Luis Madriz TO RESPONSE to motion to suppress stmts by defendant Cesar Madriz [266-1] (TW) (Entered: 02/27/1997) |
| 02/27/1997 | 323 | ORDER by Judge Franklin D. Burgess SETTING motion to suppress stmts by D' Juan Carlos Madriz; O.A. REQUESTED [304-1] at 9:00 3/7/97 - all counsel advised orally and by mail (cc: counsel, Judge) (KM) (Entered: 02/27/1997) |
| 02/27/1997 | 324 | ORDER by Judge Franklin D. Burgess SETTING motion to suppress stmts by defendant Cesar Madriz [266-1] at 9:00 3/7/97 - all counsel advised orally and by mail (cc: counsel, Judge) (KM) (Entered: 02/27/1997) |
| 02/27/1997 | 325 | SENTENCING MEMORANDUM re Maria Bobadilla Madriz by U S Attorney (KM) (Entered: 02/27/1997) |
| 02/27/1997 | 330 | DECLARATION of Counsel re motion for medical treatment of defendant for eye glasses by defendant Juan Carlos Madriz [328-1] (KM) (Entered: 02/27/1997) |
| 02/27/1997 | | LODGED ORDER: re: motion for medical treatment of defendant for eye glasses by defendant Juan Carlos Madriz [328-1] (KM) (Entered: 02/27/1997) |
| 02/27/1997 | 332 | TRIAL BRIEF submitted by defendant Jose Luis Madriz (KM) (Entered: 02/27/1997) |
| 02/28/1997 | 337 | MINUTE ORDER by Judge Franklin D. Burgess per oral advise of counsel, the motion for medical treatment of defendant for eye glasses by defendant Juan Carlos Madriz is w/drawn [328-1] (cc: counsel, Judge) (TW) (Entered: 02/28/1997) |
| 03/03/1997 | | PROPOSED Stmt of Reasons for D' Jorge Campos (TW) (Entered: 03/04/1997) |
| 03/06/1997 | | PROPOSED Stmt of Reasons for D' Maria Madriz (TW) (Entered: 03/06/1997) |
| 03/07/1997 | 346 | ORDER for sentencing procedure by Judge Franklin D. Burgess ; sentencing hearing set for 9:00 on 6/6/97 for Cesar Madriz (cc: counsel, Judge) (TW) (Entered: 03/10/1997) |
| 03/07/1997 | 351 | MINUTES of Revision of Plea for Dft Francisco Galvan : FDB, Dep Clerk bkm, AUSA S Dohrman, Def Counsel Antonio Salazar, CR T Hendrix, USPO F Calvillo, Intpr I Rincon (sworn); Dft Galvan present in custody; Court inquires as to preparedness for pretrial conference; Ms |

|  |  | Dohrman advises Court lead cnsl is unavailable & she is not prepared at this time; Dft cnsl requests continuance to review further evidence w/ client ; pretrial conference continued to 2:30 on 3/14/97 for Francisco Contreras Galvan ; dft remanded. (TW) (Entered: 03/10/1997) |
| --- | --- | --- |
| 03/07/1997 | 352 | MINUTES of Revision of Plea for dfts Jose Madriz, Juan Madriz: FDB, Dep Clerk bkm, AUSA S Dohrman, Def Counsel S Teich/V Cruz, CR T Hendrix, USPO F Calvillo, Intpr I Rincon (sworn); dfts present in custody; plea agreement presented; dfts sworn/advised of right/charges; plea agreement reviewed/accepted; Jose Luis Madriz, Juan Carlos Madriz enter guilty pleas to count 1 of third superseding indictment; PSR ordered ; sentencing hearing set for 10:00 on 6/6/97 for Jose Luis Madriz, for Juan Carlos Madriz ; dfts remanded. (TW) (Entered: 03/10/1997) |
| 03/07/1997 | 353 | PLEA AGREEMENT as to Jose Luis Madriz, Juan Carlos Madriz (TW) (Entered: 03/10/1997) |
| 03/07/1997 | 354 | ORDER re sentencing procedure by Judge Franklin D. Burgess set for 6/6/97 at 10:00 for Dft Jose Madriz(cc: counsel, Judge) (TW) (Entered: 03/10/1997) |
| 03/07/1997 | 355 | ORDER re sentencing for Dft Juan Madriz by Judge Franklin D. Burgess; set for 6/6/97 at 10:00 (cc: counsel, Judge) (TW) (Entered: 03/10/1997) |
| 03/07/1997 |  | (Court only) Docket Modification (Utility Event) finding the motion to suppress stmts by D' Juan Carlos Madriz [304-1] MOOT per plea of guilty, finding the motion to suppress stmts by defendant Cesar Madriz [266-1] MOOT per plea of guilty; terming trial ddls (TW) (Entered: 03/13/1997) |
| 03/11/1997 | 357 | ORDER by Judge Franklin D. Burgess ; sentencing hearing scheduled for 10:00 5/2/97 for Salvador Bibian w/due dates (cc: counsel, Judge) (KM) (Entered: 03/11/1997) |
| 03/11/1997 | 360 | AFFIDAVIT of Erik L Bauer regarding motion to continue sentencing by defendant Refugio Reynoso-Romero [359-1]**FILED UNDER SEAL** (TW) (Entered: 03/12/1997) |
| 03/11/1997 | 361 | MOTION to shorten time on motion to continue sentencing by defendant Refugio Reynoso-Romero [359-1] NOTED FOR 3/14/97 (TW) (Entered: 03/12/1997) |
| 03/11/1997 | 362 | ORDER by Judge Franklin D. Burgess GRANTING motion to shorten time on motion to continue sentencing by defendant Refugio Reynoso-Romero [359-1] [361-1] (cc: counsel, Judge) (TW) (Entered: 03/12/1997) |
| 03/11/1997 | 363 | AGREED ORDER by Judge Franklin D. Burgess GRANTING motion to continue sentencing by defendant Refugio Reynoso-Romero [359-1] ; sentencing hearing continued to 9:00 on 6/27/97 for Refugio Reynoso-Romero (cc: counsel, Judge) (TW) (Entered: 03/12/1997) |

| 03/11/1997 | 365 | AFFIDAVIT of Thomas A Balerud regarding motion to continue sentencing by defendant Dionicio Aguilar [364-1] **FILED UNDER SEAL** (TW) (Entered: 03/12/1997) |
| 03/11/1997 | 366 | MOTION to shorten time on motion to continue sentencing by defendant Dionicio Aguilar [364-1] NOTED FOR 3/14/97 (TW) (Entered: 03/12/1997) |
| 03/11/1997 | 367 | ORDER by Judge Franklin D. Burgess GRANTING motion to shorten time on motion to continue sentencing by defendant Dionicio Aguilar [364-1] [366-1] (cc: counsel, Judge) (TW) (Entered: 03/12/1997) |
| 03/11/1997 | 368 | AGREED ORDER by Judge Franklin D. Burgess GRANTING motion to continue sentencing by defendant Dionicio Aguilar [364-1] ; sentencing hearing continued to 9:00 on 6/27/97 for Dionicio Aguilar (cc: counsel, Judge) (TW) (Entered: 03/12/1997) |
| 03/11/1997 | 371 | Report and Recommendation regarding plea of guilty for Dft Contreras-Galvan by Magistrate Judge J. K. Arnold NOTED FOR 3/24/97 (cc: counsel, Judge) (TW) (Entered: 03/12/1997) |
| 03/11/1997 | | LODGED ORDER: re: Report and Recommendation regarding plea of guilty for Dft Contreras-Galvan [371-1] (TW) (Entered: 03/12/1997) |
| 03/13/1997 | 373 | ORDER by Judge Franklin D. Burgess ; sentencing hearing scheduled for 9:00 6/13/97 for Francisco Contreras Galvan and pending dates (cc: counsel, Judge) (KM) (Entered: 03/13/1997) |
| 03/13/1997 | 374 | MINUTE ORDER by Judge Franklin D. Burgess ; sentencing hearing scheduled for 9:00 6/27/97 for Dionicio Aguilar with related due dates (cc: counsel, Judge) (KM) (Entered: 03/13/1997) |
| 03/13/1997 | 375 | MINUTE ORDER by Judge Franklin D. Burgess ; sentencing hearing schedule for 9:30 6/27/97 for Refugio Reynoso-Romero and schedule for related dates (cc: counsel, Judge) (KM) (Entered: 03/13/1997) |
| 03/18/1997 | | Text not available. (Entered: 03/21/1997) |
| 03/18/1997 | 376 | MAIL RETURNED: re: order for sentencing procedure on Fransico Contreras Galvan addressed to atty Timothy Greene [373-2] (TW) (Entered: 03/21/1997) |
| 03/21/1997 | 377 | TRANSCRIPT of plea-D' Francisco Contreras Galvan for the following date(s): 3/11/97 CR initials: CVernon (MW) (Entered: 03/21/1997) |
| 03/28/1997 | 378 | ORDER by Judge Franklin D. Burgess ADOPTING Report and Recommendation regarding plea of guilty for Dft Contreras-Galvan [371-1] (cc: counsel, Judge) (TW) (Entered: 03/28/1997) |
| 04/18/1997 | 379 | TRANSCRIPT of change of plea-D'Cesar Madriz for the following date(s): 3/7/97 CR initials: Teri Hendrix (MW) (Entered: 04/21/1997) |
| 04/18/1997 | 380 | TRANSCRIPT of change of plea-D' Salvador Bibian for the following date(s): 3/7/97 CR initials: Teri Hendrix (MW) (Entered: 04/22/1997) |

| 04/18/1997 | 381 | TRANSCRIPT of change of plea-D' Jose Luis Madriz & D' Juan Carlos Madriz for the following date(s): 3/7/97 CR initials: Teri Hendrix (MW) (Entered: 04/22/1997) |
| 05/09/1997 |  | PROPOSED Stmt of Reasons for Salvador Bibian (TW) (Entered: 05/12/1997) |
| 05/15/1997 | 387 | NOTICE & MOTION for production of informant at sentencing hrg by defendant Jose Luis Madriz NOTED FOR 5/30/97 (TW) (Entered: 05/16/1997) |
| 05/15/1997 |  | LODGED ORDER: re: motion for production of informant at sentencing hrg by defendant Jose Luis Madriz [387-1] (TW) (Entered: 05/16/1997) |
| 05/22/1997 | 388 | JOINT MOTION to continue sentencing by defendant Jose Luis Madriz, defendant Juan Carlos Madriz, defendant Cesar Madriz (TW) (Entered: 05/23/1997) |
| 05/22/1997 | 389 | MEMORANDUM by defendants in support of motion to continue sentencing by defendant Jose Luis Madriz, defendant Juan Carlos Madriz, defendant Cesar Madriz [388-1] (TW) (Entered: 05/23/1997) |
| 05/22/1997 |  | LODGED ORDER: re: motion to continue sentencing by defendant Jose Luis Madriz, defendant Juan Carlos Madriz, defendant Cesar Madriz [388-1] (TW) (Entered: 05/23/1997) |
| 05/22/1997 | 396 | AFFIDAVIT of Vito de la Cruz regarding motion to continue sentencing by defendant Jose Luis Madriz, defendant Juan Carlos Madriz, defendant Cesar Madriz [388-1] (TW) (Entered: 05/29/1997) |
| 05/23/1997 | 390 | ORDER by Judge Franklin D. Burgess GRANTING motion to continue sentencing by defendant Jose Luis Madriz, defendant Juan Carlos Madriz, defendant Cesar Madriz [388-1] ; sentencing hearing continued to 9:00 on 7/25/97 for Jose Luis Madriz, for Juan Carlos Madriz, for Cesar Madriz (cc: counsel, Judge) (TW) (Entered: 05/23/1997) |
| 05/23/1997 |  | LODGED ORDER: re: motion to continue sentencing by USA as to Francisco Contreras Galvan [392-1] (TW) (Entered: 05/27/1997) |
| 05/27/1997 | 391 | MINUTE ORDER by Judge Franklin D. Burgess ; sentencing hearing continued to 1:30 7/25/97 for Jose Luis Madriz, for Juan Carlos Madriz, for Cesar Madriz and action dates for completion of PSR (cc: counsel, Judge) (KM) (Entered: 05/27/1997) |
| 05/27/1997 | 393 | ORDER by Judge Franklin D. Burgess GRANTING joint motion to continue sentencing as to Francisco Contreras Galvan [392-1] ; sentencing hearing rescheduled to 9:00 7/11/97 for Francisco Contreras Galvan (cc: counsel, Judge) (EC) (Entered: 05/28/1997) |
| 05/27/1997 | 394 | LETTER by BOP as to D' Jorge Campos-Gonzalez - unable to accomodate (CAR) (Entered: 05/28/1997) |

| 05/27/1997 | 395 | RESPONSE by Gov't to motion for production of informant at sentencing hrg by defendant Jose Luis Madriz [387-1] (CAR) (Entered: 05/28/1997) |
| 06/04/1997 | | PROPOSED J&C for Bibian (KM) (Entered: 06/04/1997) |
| 06/16/1997 | 399 | MINUTE ORDER by Judge Franklin D. Burgess ; sentencing hearing continued to 10:30 7/25/97 for Francisco Contreras Galvan (cc: counsel, Judge) (KM) (Entered: 06/16/1997) |
| 06/27/1997 | 409 | MINUTES of Sentencing for Dft Dionicio Aguilar : JET, Dep Clerk bkm, AUSA S Dohrman, Def Counsel Thomas Balerud, CR T Hendrix, USPO L Spier, Intpr E Rancon; Dft Aguilar on bond; USPO recommends 4 level reduction of minimal participation, bringing him to level 25; Dft prefers to proceed w/o simultaneous interpretation - GRANTED; sentencing recommendation discussed; Dft adresses court; Court inquires of USPO of alternative placement opportunities ; sentencing hearing continued to 9:30 on 7/11/97 for Dionicio Aguilar ; dft Aguilar waives interpreter - granted; Bond continued. (TW) (Entered: 06/27/1997) |
| 06/27/1997 | 410 | MINUTES of Sentencing for Dft Reynoso-Romero : FDB, Dep Clerk bkm, AUSA S Dohrman, Def Counsel Eric Bauer, CR T Hendrix, USPO L Spier, dft present on bond; no interpreter needed; Court advises cnsl this case mirrors the circumstances of Mr. Aguilar, certain medial infor submitted requires further investigation; sentencing hearing continued to 9:30 on 7/11/97 for Refugio Reynoso-Romero ; Bond continued (TW) (Entered: 06/27/1997) |
| 06/27/1997 | 411 | MINUTE ORDER by Judge Franklin D. Burgess re sentencing procedures/ddl re Dft Francisco Galvan Contreras: USPO to submit PSR by 7/18/97; Cnsl to inform Court whether evid. hrg needed by 7/21/97; Cnsls sentencing memorandums due 7/21/97. (cc: counsel, Judge) (TW) (Entered: 06/27/1997) |
| 07/01/1997 | 413 | MINUTE ORDER by Judge Franklin D. Burgess ; status hearing on w/draw of plea and counsel 10:30 7/25/97 for Francisco Contreras Galvan (cc: counsel, Judge) (KM) (Entered: 07/01/1997) |
| 07/01/1997 | | (Court only) to Law Clerk Barbara W. Miener (KM) (Entered: 07/01/1997) |
| 07/01/1997 | 415 | RESPONSE by plaintiff USA to motion to exonerate appearance bond by defendant Salvador Bibian [401-1] (TW) (Entered: 07/07/1997) |
| 07/11/1997 | 419 | RESPONSE by plaintiff USA to dft Francisco Galvan's mtn to w/draw guilty plea (TW) (Entered: 07/14/1997) |
| 07/15/1997 | 420 | NOTICE by plaintiff USA of intent to call witnesses at sentencing for dfts Jose Madriz, Cesar Madriz, Juan Carlos Madriz (TW) (Entered: 07/15/1997) |
| 07/15/1997 | | PROPOSED Stmt of Reasons for Dft Aguilar (TW) (Entered: 07/16/1997) |

| 07/15/1997 | | PROPOSED Stmt of Reasons for Dft Romero (TW) (Entered: 07/16/1997) |
|---|---|---|
| 07/15/1997 | 422 | AFFIDAVIT of Jesse J Garcia regarding motion to continue sentencing by defendant Cesar Madriz [421-1] (TW) (Entered: 07/16/1997) |
| 07/15/1997 | | LODGED ORDER: re: motion to continue sentencing by defendant Cesar Madriz [421-1] (TW) (Entered: 07/16/1997) |
| 07/16/1997 | 423 | ORDER by Judge Franklin D. Burgess GRANTING motion to continue sentencing by defendant Cesar Madriz [421-1] ; sentencing hearing continued to 1:30 on 8/1/97 for Cesar Madriz (cc: counsel, Judge) (TW) (Entered: 07/17/1997) |
| 07/18/1997 | | PROPOSED Judgment as to Dionicio Aguilar (KM) (Entered: 07/18/1997) |
| 07/18/1997 | | PROPOSED Judgment as to Refugio Reynoso-Romero (KM) (Entered: 07/18/1997) |
| 07/18/1997 | 426 | SENTENCING MEMORANDUM re Jose Luis Madriz by defendant & REQUEST for Evidentiary Hrg (TW) (Entered: 07/18/1997) |
| 07/18/1997 | | (Court only) Motion Calendar (Utility Event) request for evidentiary hrg by Jose Madriz (TW) (Entered: 07/18/1997) |
| 07/18/1997 | 427 | EXHIBITS for Jose Madriz's sentencing memorandum & request for evidentiary hrg [426-1] (TW) (Entered: 07/18/1997) |
| 07/22/1997 | 436 | SENTENCING MEMORANDUM re Jose Luis Madriz by plaintiff (TW) (Entered: 07/23/1997) |
| 07/23/1997 | 433 | REQUEST/MOTION to seal letters & declaration by defendant Jose Luis Madriz NOTED FOR 7/25/97 (TW) (Entered: 07/23/1997) |
| 07/23/1997 | 434 | DECLARATION of Steve E Teich by defendant in support of request to file declaration & letters under seal (TW) (Entered: 07/23/1997) |
| 07/23/1997 | 435 | DECLARATIONS/LETTERS by defendant Jose Madriz **FILED UNDER SEAL** (TW) (Entered: 07/23/1997) |
| 07/23/1997 | 438 | ORDER by Judge Franklin D. Burgess GRANTING motion to exonerate appearance bond by defendant Salvador Bibian [401-1]; the Clerk shall return to surety Seattle Bail Bonds (cc: counsel, Judge) (TW) (Entered: 07/23/1997) |
| 07/23/1997 | | PROPOSED Amended Jgm for Dft Aguilar (TW) (Entered: 07/23/1997) |
| 07/23/1997 | | PROPOSED Amd Jgm for Reynoso-Romero (TW) (Entered: 07/23/1997) |
| 07/25/1997 | | (Court only) Docket Modification (Utility Event) finding the calendar motion request for evidentiary hrg by Jose Madriz [0-0] MOOT., finding the motion for production of informant at sentencing hrg by defendant Jose Luis Madriz [387-1] MOOT. (KM) (Entered: 07/25/1997) |

| 07/25/1997 | 440 | MINUTES of Status/Sentencing for D' Francisco Contrera-Galvan:FDB, Dep Clerk:B Kay McDermott, AUSA: Suzanne Hayden, Def Counsel:Antonio Salazar, CR:Julaine Ryen, USPO:Lucy Cristy, Intpr:Isabel Rincon Court ack rcpt of ltr requesting change of cnsl and w/d of plea. Court adv all parties that FPD has been notified and is on standby, Ms. Miriam Schwartz pres. Court add iss w/D'. Mr. Salazar moves to w/d and have FPD appt'd, Court GRANTS w/d. Ms. Schwartz to be appt'd. Court adv D' that FPD had prior minor contact w/this case, Ms. Schwartz has joined the ofc since that time. Ms. Schwartz to investigate alleged coercion of D'. Hrg cont'd to 8/8/97 at 9:30 a.m. Ms. Schwartz to adv the Court if the hrg will be for Mtn to w/d plea or sentencing. (CAR) (Entered: 07/28/1997) |
| --- | --- | --- |
| 07/25/1997 | 441 | MINUTES of Sentencing of Dfts' Juan Carlos Madriz and Jose Luis Madriz:FDB, Dep Clerk:B Kay McDermott, AUSA:Susan Dohrman/Suzanne Hayden, Def Counsel:Vital de la Cruz/Steve Teich, CR:Julaine Ryen, USPO:L Spier, Intpr:Isbel Rincon/Elizabeth Taft-Smith sentencing hearing held sentencing Jose Luis Madriz (1) count 1sss: 168 mos incarceration; 60 mos supervised release w/standard and special conditions as addressed; $100.00 penalty assessment; no fine; Juan Carlos Madriz (3) count 1sss: 168 mos incarceration; 60 mos supervised release w/standard and special conditions as addressed; $100.00 penalty assessment; no fine dismissing counts to Jose Luis Madriz (1) counts 1ss, 1s, 1, 2sss, 2ss, 2s, 2, 3sss, 3ss, and 5sss dismissing counts as to Juan Carlos Madriz (3) counts 1ss, 1s, 1, 2s, 2, 3sss, 3ss, 3s, 4sss, 4ss, 4s Cnsl request Court recommend incarceration in California, specifically request Lompoc, Court concurs. Written J & C presented, accepted, and filed. Court adv dfts of right to appeal. Ms. Heyden moves to dismiss remaining counts as to these dfts - GRANTED. Dfts' remanded. (CAR) (Entered: 07/28/1997) |
| 07/25/1997 | 442 | JUDGMENT IN A CRIMINAL CASE by Judge Franklin D. Burgess as to Jose Luis Madriz (cc: counsel, Judge, USMO, USPO, PTS, Jgm. Bk., Fin'l) Entered on: 7/28/97 (CAR) (Entered: 07/28/1997) |
| 07/28/1997 | 445 | MINUTE ORDER by Judge Franklin D. Burgess DENYING motion to seal letters & declaration by defendant Jose Luis Madriz [433-1] (cc: counsel, Judge) (CAR) (Entered: 07/29/1997) |
| 08/06/1997 | 451 | MINUTE ORDER by Judge Franklin D. Burgess ; sentencing hearing continued to 9:30 9/3/97 for Francisco Contreras Galvan ; status hearing on withdrawal of plea set 9:30 9/3/97 for Francisco Contreras Galvan ; in-court hearing on all outstanding issues 9:30 9/3/97 for Francisco Contreras Galvan (cc: counsel, Judge) (KM) (Entered: 08/06/1997) |
| 08/12/1997 | | PROPOSED Statement of Reasons for Jose Luis Madriz (CAR) (Entered: 08/12/1997) |
| 08/12/1997 | | PROPOSED Statement of Reasons for Juan Carlos Madriz (CAR) (Entered: 08/12/1997) |

| 08/14/1997 | 454 | STATEMENT of REASONS for Imposing Sentence by Judge Franklin D. Burgess as to defendant Jose Luis Madriz (cc: counsel, Judge, USPO) (CAR) (Entered: 08/14/1997) |
| 08/20/1997 | 457 | AFFIDAVIT of Miriam F Schwartz regarding motion to withdraw guilty plea by defendant Francisco Contreras Galvan [455-1] (TW) (Entered: 08/20/1997) |
| 08/20/1997 | | LODGED ORDER: re: motion to withdraw guilty plea by defendant Francisco Contreras Galvan [455-1] (TW) (Entered: 08/20/1997) |
| 08/21/1997 | 459 | AFFIDAVIT of Miriam F Schwartz regarding motion to withdraw motion by defendant Francisco Contreras Galvan [458-1] (TW) (Entered: 08/22/1997) |
| 08/21/1997 | | LODGED ORDER: re: motion to withdraw motion by defendant Francisco Contreras Galvan [458-1] (TW) (Entered: 08/22/1997) |
| 08/21/1997 | | PROPOSED Affidavit of Miriam F Schwartz re: motion to withdraw motion by defendant Francisco Contreras Galvan [458-1] (TW) (Entered: 08/22/1997) |
| 08/25/1997 | 460 | ORDER by Judge Franklin D. Burgess for dft Galvan to show cause by 8/29/97 why dft's mtn should not be denied; RENOTED FOR 8/29/97 motion to withdraw motion by defendant Francisco Contreras Galvan [458-1] (cc: counsel, Judge) (TW) (Entered: 08/25/1997) |
| 08/28/1997 | 462 | MINUTE ORDER by Judge Franklin D. Burgess: the J&C for dft Refugio Reynoso-Romero shall be modified to approve the recommendation of the BOP; placement shall be in Progress House CCC in Tacoma for 1 month corrections component (direct court) & 5 months corrections component (public law) for a total of 6 months; the 1st month shall be as close to "lock down" as possible w/ the exceptions of medical & religious purposes; the remainder will be served as if on work release status; sustenance fees are waived. (cc: counsel, Judge) (TW) (Entered: 08/28/1997) |
| 08/28/1997 | 463 | RESPONSE/OPPOSITION by plaintiff USA to motion to withdraw motion by defendant Francisco Contreras Galvan [458-1] (TW) (Entered: 08/29/1997) |
| 08/28/1997 | 464 | SUPPLEMENTAL RESPONSE by plaintiff USA in opposition to motion to withdraw guilty plea by defendant Francisco Contreras Galvan [455-1] (TW) (Entered: 08/29/1997) |
| 09/02/1997 | | PROPOSED Stmt of Reasons for Cesar Madriz (TW) (Entered: 09/03/1997) |
| 09/03/1997 | 467 | MINUTES of Oral Argument on Mtn to W/Draw re dft Conteras-Galvan : FDB, Dep Clerk bkm, AUSA S Dohrman, Def Counsel Miriam Schwartz, CR T Hendrix, Intpr I Rincon; dft present in custody; Interpreter sworn; dft objects to Ms. Schwartz respresentation; FPD argues there is no |

| | | conflict; AUSA argues there is a problem & request Court appt new cnsl; USPO confers; Court to appt new atty; Ms. Schwartz shall remain until new atty is appt; Oral argument continued to 9/22/97; Dft unable to retain private cnsl; Dft remanded. RENOTED FOR 9/22/97 motion to withdraw guilty plea by defendant Francisco Contreras Galvan [455-1] (TW) (Entered: 09/04/1997) |
|---|---|---|
| 09/03/1997 | | (Court only) Docket Modification (Utility Event) ; in-court hearing continued to 9:30 on 9/22/97 for Francisco Contreras Galvan re mtn to w/draw plea (TW) (Entered: 09/04/1997) |
| 09/03/1997 | | (Court only) Docket Modification (Utility Event) ; sentencing hearing stricken (KM) (Entered: 09/10/1997) |
| 09/10/1997 | | (Court only) Docket Modification (Utility Event) finding the motion to withdraw motion by defendant Francisco Contreras Galvan [458-1] MOOT. (KM) (Entered: 09/10/1997) |
| 09/10/1997 | 470 | RESPONSE by plaintiff USA to motion for immediate deportation of convicted alien by defendant Jorge Gonzales Campos [466-1] (TW) (Entered: 09/11/1997) |
| 09/10/1997 | 471 | ORDER by Judge Franklin D. Burgess DENYING motion for immediate deportation of convicted alien by defendant Jorge Gonzales Campos [466-1] (cc: counsel, Judge) (TW) (Entered: 09/11/1997) |
| 09/17/1997 | 472 | MINUTE ORDER by Judge Franklin D. Burgess ; status hearing continued to 9:30 10/15/97 for Francisco Contreras Galvan on motion to w/draw Guilty plea (cc: counsel, Judge) (KM) (Entered: 09/17/1997) |
| 09/17/1997 | | (Court only) Docket Modification (Utility Event) SETTING motion to withdraw guilty plea by defendant Francisco Contreras Galvan [455-1] at 9:30 10/15/97 (KM) (Entered: 09/17/1997) |
| 09/18/1997 | 473 | JUDGMENT returned for dft Jose Madriz; dft delivered to FCI Terminal Island on 9/11/97 (TW) (Entered: 09/22/1997) |
| 09/22/1997 | | LODGED ORDER: re: motion for copy of records by defendant Francisco Contreras Galvan [475-1] (TW) (Entered: 09/24/1997) |
| 09/22/1997 | | LODGED ORDER: re: motion to continue hrg by defendant Francisco Contreras Galvan [476-1] (TW) (Entered: 09/24/1997) |
| 09/23/1997 | 474 | NOTICE by plaintiff USA of relevant case re dft Jorge Campos' mtn for immediate deportation (TW) (Entered: 09/24/1997) |
| 10/09/1997 | 477 | ORDER by Judge Franklin D. Burgess DENYING motion for copy of records by defendant Francisco Contreras Galvan [475-1]; Deft cnsl to designate documents in the file that are relevant (cc: counsel, Judge) (KM) (Entered: 10/14/1997) |
| 10/15/1997 | 480 | MINUTES of Motion to W/Draw Plea re Dft Galvan : FDB, Dep Clerk bkm, AUSA Susan Dohrman, Def Counsel Joe Quaintance, CR T |

|  |  | Hendrix, , Intpr I Rincon (sworn); dft present in custody; inquiry re dft's satisfaction w/ atty; discussion on issue of atty conduct; dft acknowledges that Mr. Quaintance shall continue as cnsl; argument on mtn to w/draw plea; Court DENIES motion to withdraw guilty plea by defendant Francisco Contreras Galvan [455-1], terming motion to continue hrg by defendant Francisco Contreras Galvan [476-1] ; sentencing hearing set for 10:00 on 11/7/97 for Francisco Contreras Galvan ; sentencing memorandum due 11/3/97; dft remanded. (TW) (Entered: 10/17/1997) |
|---|---|---|
| 11/03/1997 | 483 | TRANSCRIPT of proceedings-D' Francisco Contreras Galvan for the following date(s): 10/15/97 (Re: ) CR initials: Teri Hendrix (MW) (Entered: 11/05/1997) |
| 11/10/1997 |  | PROPOSED Stmt of Reasons for Dft Galvan (TW) (Entered: 11/12/1997) |
| 11/10/1997 |  | ENT- Dionicio Aguilar's surrendered passport transferred from US Pretrial (Tacoma) to Clerk's Office - document placed in vault. Collateral receipt #276483. (KAM) (Entered: 02/24/1998) |
| 11/12/1997 |  | NO APPEAL FEE RECEIVED: Aplt Galvan granted IFP (MW) (Entered: 11/12/1997) |
| 11/12/1997 | 487 | TIME SCHEDULE ORDER-D' Galvan ; transcript designation due 12/3/97 RT due: 1/2/98 Open Br Excerpts due: 2/11/98 Rsp Br due: 3/13/98 Opt Rply Br due: 3/27/98 (cc: CCA, Judge, CR, counsel) (MW) (Entered: 11/12/1997) |
| 11/12/1997 |  | APPEAL NOTIFICATION packet sent to CCA-D' Galvan (cc: cnsl) (MW) (Entered: 11/12/1997) |
| 12/02/1997 | 490 | TRANSCRIPT DESIGNATION and Ordering Form for dates: 10/15/97; 11/7/97-D' Contreras-Galvan (MW) (Entered: 12/02/1997) |
| 12/05/1997 | 492 | TRANSCRIPT of Sentencing proceedings as to D' Francisco Contreras-Galvan, for the following date: 11/07/97 (Re: [486-1] ) CR initials: Teri Hendrix (dktclk) (Entered: 12/05/1997) |
| 12/08/1997 |  | CERTIFICATE OF RECORD Transmitted to USCA-D' Francisco Galvan (cc: CCA, all counsel) (MW) (Entered: 12/08/1997) |
| 12/22/1997 |  | PROPOSED Request for Modification for Dft Reynoso-Romero (TW) (Entered: 12/23/1997) |
| 05/18/1998 | 496 | RETURN of SERVICE of Judgment re: Francisco C. Galvin (EC) (Entered: 05/20/1998) |
| 06/18/1998 | 498 | AFFIDAVIT of Thomas A Balerud regarding motion to exonerate bond by defendant Dionicio Aguilar [497-1] (TW) (Entered: 06/18/1998) |
| 06/18/1998 |  | LODGED AGREED ORDER: re: motion to exonerate bond by defendant Dionicio Aguilar [497-1] (TW) (Entered: 06/18/1998) |
| 06/19/1998 | 499 | ORDER by Judge Franklin D. Burgess GRANTING motion to exonerate bond by defendant Dionicio Aguilar [497-1] (cc: counsel, Judge) (TW) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 06/22/1998) |
| 07/30/1998 |  | (Court only) Docket Modification (Utility Event) STRIKING motion for release on supervision to Mexico by defendant Cesar Madriz [500-1] - issued referred to USP per FDB (KM) (Entered: 07/30/1998) |
| 09/16/1998 | 501 | CERTIFIED COPY OF JUDGMENT from USCA AFFIRMING the decision of the District Court [486-1]; copy of memorandum attached (cc: FDB, USM, USP, PTS, all counsel) (MW) (Entered: 09/16/1998) |
| 02/26/1999 | 502 | MOTION pursuant to 28 U.S.C. 2255 by dft Francisco Contreras-Galavan, see C99-5112FDB (EC) (Entered: 02/26/1999) |
| 04/12/1999 | 503 | ORDER by Judge Franklin D. Burgess DENYING 2255 petition of Francisco Contreras-Galvan [502-1] (cc: counsel, Judge) (EC) (Entered: 04/12/1999) |
| 04/22/1999 |  | PROPOSED Report on Offender Under Supervision (EC) (Entered: 04/22/1999) |
| 05/11/1999 |  | ENT-Notice of appeal of denial of 2255 mtn D' Francisco Contreras-Galvan filed in C99-5112FDB (MW) (Entered: 05/12/1999) |
| 06/16/1999 |  | Lodged Petition, FILED UNDER SEAL (EC) (Entered: 06/16/1999) |
| 07/16/1999 | 506 | TRANSCRIPT of sentencing-D' Dionicio Aguilar & Refugio Reynoso-Romero for the following date(s): 7/11/97; CR initials: Laura Gjuka (MW) (Entered: 07/16/1999) |
| 04/24/2000 | 507 | DETAINER against sentenced prisoner, Frederico Hernandez-Sandoval (EC) (Entered: 04/26/2000) |
| 05/24/2000 |  | PROPOSED Application for Writ of Habeas Corpus ad Testificandum (EC) (Entered: 05/26/2000) |
| 05/26/2000 | 508 | ORDER FOR WRIT of habeas corpus ad testificandum for Federico Hernandez-Sandoval (EC) (Entered: 05/26/2000) |
| 06/23/2000 | 510 | MINUTES of Arraignment of dft Federico Hernandez-Sandoval: JKA, Dep Clerk P LeFrois, INTERPRETER Elizabeth Taft-Smith AUSA A Storm for S Dohrmann, Def Counsel J Cicero (CJA), Tape # JKA655, USPT/USPO J Busic/M Chance, dft present in custody; dft pleads Not Guilty to Ct 3 of 3rd SS Indict ; jury trial is 9:00 on 8/28/00 for Federico Hernandez-Sandoval; pretrial motions ddl is 7/14/00 ; pretrial conference is 9:00 on 8/17/00 ; dft ordered detained, remanded (cc: counsel, Judge, PTS, USMO, USPO) (EC) Modified on 06/27/2000 (Entered: 06/26/2000) |
| 06/23/2000 |  | (Court only) Docket Modification (Utility Event) GRANTING motion to detain by USA as to Federico Hernandez-Sandoval [512-1] (EC) (Entered: 06/26/2000) |
| 06/23/2000 |  | (Court only) (Utility) Add federal agencies: USMO - Tacoma, USPO - Tacoma, PTS - Tacoma (EC) (Entered: 06/26/2000) |

| 06/26/2000 | | (Court only) (Utility) Add federal agencies: USMO - Tacoma, USPO - Tacoma, PTS - Tacoma (EC) (Entered: 06/26/2000) |
|---|---|---|
| 07/14/2000 | | PROPOSED Stip and Order re setting discovery dates, continuing pretrial motion cutoff and continuing trial date (EC) (Entered: 07/14/2000) |
| 07/17/2000 | 515 | STIPULATION and ORDER by Judge Robert J. Bryan: govt shall provide discovery to dft by 7/24/00; pretrial motions ddl continued to 8/18/00 ; govt's response to pretrial motions ddl is 8/25/00; jury trial continued to 10/10/00 for Federico Hernandez-Sandoval (cc: counsel, Judge) (EC) (Entered: 07/17/2000) |
| 08/02/2000 | 517 | MINUTE ORDER by Judge Franklin D. Burgess ; pretrial conference rescheduled for 9:00 10/5/00 for Federico Hernandez-Sandoval trial briefs etc due set for 9/28/00 for Federico Hernandez-Sandoval (cc: counsel, Judge) (KM) (Entered: 08/02/2000) |
| 08/08/2000 | 518 | NOTICE by Gov't as to cnsl & co-cnsl (CAR) (Entered: 08/08/2000) |
| 08/08/2000 | | (Court only) Add Attorney (Utility Event) Bruce Miyake as co-cnsl with Susan Dohrmann (CAR) (Entered: 08/08/2000) |
| 08/14/2000 | 519 | JURY INSTRUCTIONS Court's standard c: counsel (KM) (Entered: 08/14/2000) |
| 09/20/2000 | 520 | TRANSCRIPT of proceedings for the following date(s): Change of Plea for dfts Dionicio Aguilar and Refugio Reynoso-Romero 6/27/00 (Re: ) CR initials: T Hendrix (EC) Modified on 09/21/2000 (Entered: 09/20/2000) |
| 09/20/2000 | 521 | TRANSCRIPT of proceedings for the following date(s): Sentencing of dft Dionicio Aguilar; 6/27/00 (Re: ) CR initials: T Hendrix (EC) Modified on 09/21/2000 (Entered: 09/20/2000) |
| 09/28/2000 | | PROPOSED Stipulation and Order Continuing Trial Date by D' Federico Hernandez-Sandoval (CAR) Modified on 09/28/2000 (Entered: 09/28/2000) |
| 10/06/2000 | 524 | MINUTE ORDER by Judge Franklin D. Burgess ; pretrial conference continued to 9:00 11/30/00 for Federico Hernandez-Sandoval trial briefs etc due set for 11/22/00 for Federico Hernandez-Sandoval (cc: counsel, Judge) (KM) (Entered: 10/06/2000) |
| 11/30/2000 | 527 | ORDER by Judge Franklin D. Burgess for Sentencing Procedure - Sentencing set for 2/23/01 at 9:30 a.m.(cc: counsel, Judge) (CAR) (Entered: 11/30/2000) |
| 02/21/2001 | 529 | MINUTE ORDER by Judge Franklin D. Burgess ; sentencing hearing continued to 9:00 3/9/01 for Federico Hernandez-Sandoval (cc: counsel, Judge) (KM) (Entered: 02/21/2001) |
| 03/01/2001 | 531 | MINUTE ORDER by Judge Franklin D. Burgess ; sentencing hearing continued to 10:00 3/30/01 for Federico Hernandez-Sandoval (cc: counsel, Judge) (KM) (Entered: 03/01/2001) |

| 03/30/2001 | | PROPOSED Statement of Reasons for dft Hernandez-Sandoval (EC) (Entered: 04/02/2001) |
| 06/11/2001 | 537 | MOTION to modify term of imprisonment by defendant Jose Luis Madriz NOTED FOR 6/22/01 (EC) (Entered: 06/11/2001) |
| 06/13/2001 | 538 | MINUTE ORDER by Judge Franklin D. Burgess SETTING motion to modify term of imprisonment by defendant Jose Luis Madriz [537-1] at 6/29/01 response by USA due by set for 6/28/01 for Jose Luis Madriz (cc: counsel, Judge) (KM) (Entered: 06/13/2001) |
| 06/25/2001 | | PROPOSED Motion/Order from GOv to extend time to respond to D's Motion to Modify Term of Imprisonment (EC) (Entered: 06/25/2001) |
| 06/25/2001 | 539 | MOTION to shorten time on motion for extension of time to respond to P's Motion to Modify Terms of Imprisonment by USA as to Jose Luis Madriz NOTED FOR 6/27/01 (EC) (Entered: 06/25/2001) |
| 06/25/2001 | | LODGED ORDER: re: motion to shorten time on motion for extension of time to respond to P's Motion to Modify Terms of Imprisonment by USA as to Jose Luis Madriz [539-1] (EC) (Entered: 06/25/2001) |
| 06/27/2001 | 540 | ORDER by Judge Franklin D. Burgess GRANTING motion to shorten time on motion for extension of time to respond to P's Motion to Modify Terms of Imprisonment by USA as to Jose Luis Madriz [539-1] (cc: counsel, Judge) (EC) (Entered: 06/28/2001) |
| 06/28/2001 | 541 | ORDER by Judge Franklin D. Burgess granting Govt's request to extend date for response to 7/30/01 (cc: counsel, Judge) (EC) (Entered: 06/28/2001) |
| 07/05/2001 | | (Court only) Docket Modification (Utility Event) NOTED FOR 8/3/01 motion to modify term of imprisonment by defendant Jose Luis Madriz [537-1] - per #541 (KM) (Entered: 07/05/2001) |
| 07/20/2001 | 542 | RESPONSE by plaintiff re: motion to modify term of imprisonment by defendant Jose Luis Madriz [537-1] (EC) (Entered: 07/24/2001) |
| 08/20/2001 | 544 | MOTION pursuant to 28 U.S.C. 2255 filed by Jose Luis Madriz, see C01-5466FDB (EC) (Entered: 08/21/2001) |
| 08/21/2001 | 545 | ORDER by Judge Franklin D. Burgess DENYING motion to modify term of imprisonment by defendant Jose Luis Madriz [537-1] (cc: counsel, Judge) (EC) (Entered: 08/21/2001) |
| 09/19/2001 | 546 | LETTER by defendant Jose Luis Madriz requesting copy of docket; docket sent (EC) (Entered: 09/20/2001) |
| 10/03/2001 | 547 | MOTION to amend P's mtn to vacate by defendant Jose Luis Madriz NOTED FOR 10/12/01 (DK) (Entered: 10/03/2001) |
| 10/03/2001 | 548 | MOTION for transcripts by defendant Jose Luis Madriz NOTED FOR 10/12/01 (DK) (Entered: 10/03/2001) |

| 10/03/2001 | 549 | MOTION to stay proceedings by defendant Jose Luis Madriz NOTED FOR 10/12/01 (DK) (Entered: 10/03/2001) |
| 10/03/2001 | 550 | LETTER by defendant Jose Luis Madriz re: motion to stay proceedings by defendant Jose Luis Madriz [549-1], re: motion for transcripts by defendant Jose Luis Madriz [548-1], re: motion to amend P's mtn to vacate by defendant Jose Luis Madriz [547-1] (DK) (Entered: 10/03/2001) |
| 10/25/2001 | 551 | ORDER by Judge Franklin D. Burgess that Pet' mtn pursuant to 28 USC Sec 2255 (dkt #1) is DISMISSED. (cc: counsel, Judge) (CAR) (Entered: 10/26/2001) |
| 11/01/2001 | | PROPOSED Noncompliance of Supervision re dft Dionicio Antonio Aguilar (EC) (Entered: 11/01/2001) |
| 11/08/2001 | 553 | ORDER by Judge Franklin D. Burgess DENYING motion to stay proceedings by defendant Jose Luis Madriz [549-1], DENYING motion for transcripts by defendant Jose Luis Madriz [548-1], DENYING motion to amend P's mtn to vacate by defendant Jose Luis Madriz [547-1] (cc: counsel, Judge) (EC) (Entered: 11/08/2001) |
| 03/07/2002 | | PROPOSED Probation Order (EC) (Entered: 03/07/2002) |
| 06/21/2002 | | (Court only) Docket Modification (Utility Event) REFERRING to Magistrate Judge J. K. Arnold the motion for detention by Gov't as to D' Javalera-Camacho [559-1] (CAR) (Entered: 06/24/2002) |
| 06/24/2002 | | (Court only) UTILITY EVENT: terminating Attorneys F. Jerome Diskin, Suzanne Hayden, and Susan Blair Dohrmann for USA (CAR) (Entered: 06/24/2002) |
| 06/26/2002 | | (Court only) Docket Modification (Utility Event) GRANTING motion for detention by Gov't as to D' Javalera-Camacho [559-1] (KAM) (Entered: 07/02/2002) |
| 06/28/2002 | | (Court only) UTILITY EVENT: terminates attorney Paula Tuckfield Olson for Juan Gabriel Javalera-Camacho (KM) (Entered: 06/28/2002) |
| 06/28/2002 | 565 | MINUTE ORDER by Judge Franklin D. Burgess trial brief etc due by set for 7/5/02 for Juan Gabriel Javalera-Camacho (cc: counsel, Judge) (KM) (Entered: 06/28/2002) |
| 07/03/2002 | 567 | JURY INSTRUCTIONS Court's standard cc: Counsel (KM) (Entered: 07/03/2002) |
| 08/01/2002 | 571 | ORDER FOR SENTENCING PROCEDURE by Judge Franklin D. Burgess ; sentencing hearing is 11:30 on 10/25/02 for Juan Gabriel Javalera-Camacho (cc: counsel, Judge) (EC) (Entered: 08/01/2002) |
| 08/28/2002 | 573 | TRANSCRIPT of proceedings for the following date(s): August 1, 2002 (Re:Change of Plea by Juan Javalera-Camacho) CR initials: Teri Hendrix (CAR) (Entered: 08/29/2002) |

| 10/29/2002 | 578 | MINUTE ORDER by Judge Franklin D. Burgess NOTED FOR 11/15/02 motion for reduction of sentence by defendant Juan Carlos Madriz [575-1]copy of motion attached for USAtty info (cc: counsel, Judge) (KM) (Entered: 10/29/2002) |
| 11/19/2002 | | (Court only) Statement of Reasons signed by Judge - original to USPO/copies to counsel (DK) (Entered: 11/19/2002) |
| 12/16/2002 | 581 | LETTER from Fed Bureau of Prisons re: Juan Gabriel Javalera-Camacho (DK) (Entered: 12/17/2002) |
| 01/09/2003 | 582 | RESPONSE by Gov't to motion for reduction of sentence by defendant Juan Carlos Madriz [575-1] (CAR) (Entered: 01/09/2003) |
| 01/24/2003 | 583 | ORDER Denying Sentence Reduction by Judge Franklin D. Burgess: Dft Jose Luis Madriz's mtn for sentence reduction is DENIED. [575-1] (cc: counsel, Judge) (DK) (Entered: 01/24/2003) |
| 01/30/2003 | 584 | REPLY/Rebuttal to Prosecutor's Recommendation by defendant [582-1] (DK) (Entered: 02/04/2003) |
| 02/25/2003 | 585 | ORDER by Judge Franklin D. Burgess DENYING motion for reduction of sentence by defendant Juan Carlos Madriz [575-1] (cc: counsel, Judge) (EC) (Entered: 02/26/2003) |
| 11/14/2003 | | (Court only) ***Case Terminated as to Maria Bobadilla Madriz, Juan Carlos Madriz, Salvador Bibian, Dionicio Aguilar, Albino Madriz-Hernandez, Refugio Reynoso-Romero, Francisco Contreras Galvan, Maria De Ramos-Contreras, Cesar Madriz, Sylvia Mecina-Garcia, Juan Gabriel Javalera-Camacho, Jorge Gonzales Campos, Federico Hernandez-Sandoval, Jose Luis Madriz (TW, ) (Entered: 07/20/2004) |
| 07/06/2005 | ●592 | MOTION to Vacate, Set Aside, or Correct Sentence (2255) by Jose Luis Madriz; related to C05-5451FDB (CAR, ) (Entered: 07/07/2005) |
| 10/26/2005 | ●593 | ORDER DENYING 2255 MOTION as to Jose Luis Madriz by Judge Franklin D. Burgess. (JAB, ) (Entered: 10/27/2005) |
| 03/10/2008 | ●594 | ORDER GRANTING TRANSFER OF PROBATION JURISDICTION to the Northern District of California as to Jose Luis Madriz by Judge Franklin D. Burgess. (cc: USPO, Fin.) (DF, ) (Entered: 03/14/2008) |
| 03/14/2008 | ●595 | Probation Transfer Letter as to defendant Jose Luis Madriz. Probation is transferred to the Northern District of California. Other district case number: CR-08 00140JF. Transmitted Transfer of Jurisdiction form, with certified copies of docket sheet, indictment or information, judgment and plea agreement.(cc: USPO) (DF, ) (Entered: 03/14/2008) |